# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MONIQUE DINGLE** | : |
|     **Plaintiff,** | : |
|     v. | :   Civil Action No. 06-950 |
| | :   (RCL) |
| **DISTRICT OF COLUMBIA, <u>et al</u>.** | : |
|     **Defendants.** | : |

## PRAECIPE ENTERING APPEARANCE

THE CLERK OF THE COURT will please enter the appearance of Paul Cornoni, Esquire, as co-counsel for the Plaintiff in the above-captioned case.

                          Respectfully submitted,

                          REGAN ZAMBRI & LONG, PLLC

                          By: _____/s/_____
                              Patrick M. Regan      #336107
                              Paul Cornoni         #489398
                              1919 M Street, NW, Suite 350
                              Washington, DC 20036
                              Ph: (202) 463-3030
                              *Counsel for Plaintiff*

Regan
Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Plaintiff's Praecipe Entering Appearance was sent via first class mail, this 23rd day of May, 2006, to the following:

Julie Lee
Senior Assistant Attorney General
441 Fourth Street, NW, 6th Floor South
Washington, DC  20001
PH:   (202) 724-6602
FAX: (202) 724-3635
*Counsel for Defendants*

_____/s_____
Paul Cornoni

Regan
Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030