## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MONIQUE DINGLE** | : |
| **Plaintiff,** | : |
| | : Civil Action No. 06-950 |
| v. | : |
| | : (RCL) |
| **MAURICE SCOTT, <u>et al</u>.** | : |
| **Defendants.** | : |

### PLAINTIFF'S CONSENT MOTION TO CONSOLIDATE

The Plaintiff, by and through undersigned counsel, hereby respectfully requests that the Court consolidate this action with the previously filed action captioned, *Monique Dingle v. District of Columbia, et al.,* Civil Action No. 06-331 (RCL). In support of his Motion, Plaintiff states that both cases stem from the same underlying factual circumstances.

In further support of his Motion, the Plaintiff refers the Court to the attached Memorandum of Points and Authorities.

**Counsel for Defendants District of Columbia and Sean Moore has consented to the relief requested in this motion.**

Regan
Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

Respectfully submitted,

REGAN ZAMBRI & LONG, PLLC

By:       /s/
Patrick M. Regan    #336107
Paul Cornoni         #489398
1919 M Street, NW, Suite 350
Washington, DC 20036
PH: (202) 463-3030
*Counsel for Plaintiff*

Regan
Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

**CERTIFICATE OF ELECTRONIC FILING**

   I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Consent Motion to Consolidate, Memorandum of Points and Authorities in support thereof and proposed Order was electronically filed in the United States District Court for the District of Columbia and mailed, postage prepaid, this 25th day of May, 2006 to:

Julie Lee
Senior Assistant Attorney General
441 Fourth Street, NW, 6th Floor South
Washington, DC  20001
PH:   (202) 724-6602
FAX: (202) 724-3635
*Counsel for Defendants*

                  _____/s_____
                    Paul Cornoni

Regan
Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MONIQUE DINGLE** | : |
| **Plaintiff,** | : |
| | : Civil Action No. 06-950 |
| v. | : |
| | : (RCL) |
| **MAURICE SCOTT, et al.** | : |
| **Defendants.** | : |

**MEMORANDUM OF POINTS AND AUTHORITIES IN
SUPPORT OF PLAINTIFF'S CONSENT MOTION TO CONSOLIDATE**

1. The Complaint in this case was filed on May 19, 2006 and involves allegations against Defendants stemming from alleged police misconduct which occurred on May 8, 2005 and May 23, 2005, which caused serious injuries to the Plaintiff.

2. Plaintiff has previously filed a lawsuit against other parties, *Monique Dingle v. District of Columbia, et al.,* Civil Action No. 06-331 (RCL), which also involves allegations stemming from the May 8th and 23rd events.

3. Defendants filed their Answer in Civil Action No. 06-331 on May 5, 2006. Since the recent filing of the Defendants' Answer, Plaintiff's counsel has been informed on the names of additional police officer who were involved in the aforementioned incidents. Plaintiff received this information on the eve of the potential expiration of the one-year statute of limitations. For this reason, out of an abundance of

Regan,
Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

caution, Plaintiff's counsel elected to file a separate action as opposed to filing a Motion for Leave to Amend the Complaint in Civil Action 06-331.

4. Plaintiff's counsel submits that since both cases involve allegations against Defendants stemming from the incidents which occurred on May 8, 2005 and May 23, 2005, it is in the interest of judicial economy to consolidate both actions.

5. **Counsel for Defendants District of Columbia and Sean Moore has consented to the relief requested in this motion.**

Respectfully submitted,

REGAN ZAMBRI & LONG, PLLC

By: _____/s/_____
Patrick M. Regan     #336107
Paul Cornoni         #489398
1919 M Street, NW, Suite 350
Washington, DC 20036
PH: (202) 463-3030
*Counsel for Plaintiff*

Regan,
Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MONIQUE DINGLE** | : |
| **Plaintiff,** | : |
| | Civil Action No. 06-950 |
| v. | : |
| | (RCL) |
| **MAURICE SCOTT, et al.** | : |
| **Defendants.** | : |

### ORDER

Upon consideration of Plaintiff's Motion to Consolidate, it is this _____ day of _____, 2006;

ORDERED that United States District Court for the District of Columbia Case Nos. 06-331 and 06-950 be consolidated in front of Judge Royce C. Lamberth for purposes of discovery and trial.

_____
The Honorable Royce C. Lamberth
Judge

cc:

Patrick M. Regan, Esquire
Paul Cornoni, Esquire
Regan Zambri & Long, PLLC
1919 M Street, NW, Suite 350
Washington, DC 20036

Julie Lee
Senior Assistant Attorney General
441 Fourth Street, NW, 6th Floor South
Washington, DC  20001
PH:   (202) 724-6602
FAX: (202) 724-3635
*Counsel for Defendants*