## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MONIQUE DINGLE** | : |
| **Plaintiff,** | : |
| | :     **Civil Action No. 06-00950** |
| v. | : |
| | :     **(RCL)** |
| **MAURICE SCOTT, et al.** | : |
| **Defendants.** | : |

### PLAINTIFF'S RESPONSE TO THIS COURT'S JUNE 23, 2006 ORDER REGARDING SERVICE ON THE DEFENDANTS

The Plaintiff, by and through undersigned counsel, hereby respectfully responds to this Court's June 23, 2006 Order and further states:

1.  The Complaint in this case was filed on May 19, 2006 and involves allegations against Defendants stemming from alleged police misconduct which occurred on May 8, 2005 and May 23, 2005 which caused serious injuries to the Plaintiff.

2.  Plaintiff has previously filed a lawsuit against separate Defendants, *Monique Dingle v. District of Columbia, et, al.,* Civil Action Number 06-331, which also involves allegations stemming from the May 8th and May 23rd events. With respect to case number 06-331, Plaintiff has properly served Defendants District of Columbia and Sean Moore, and these Defendants have answered Plaintiff's Complaint and a discovery schedule has been entered.

Regan
Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

3.  Defendants filed their Answer in Civil Action Number 06-331 on May 5, 2006. Since the filing of Defendants' Answer, Plaintiff's Counsel has been informed of the names of additional police officers who were involved in the afore-mentioned incidents. Plaintiff received this information on the eve of the potential expiration of the one-year statute of limitations. For this reason, out of an abundance of caution, Plaintiff's counsel elected to file a separate action as opposed to filing a Motion for Leave to Amend the Complaint in Civil Action Number 06-331.

4.  Since filing the instant action on May 19, 2006, Plaintiff's counsel has made numerous attempts to serve the Defendants in this matter. Plaintiff's counsel has requested Defense counsel, Julie Steptoe Lee, who will be representing all Defendants in this litigation, to accept service on behalf of the Defendants. Ms. Lee informed Plaintiff's counsel that she is unable and/or unwilling to accept service for the Defendants in this matter. Subsequently, Plaintiff's counsel sent a Notice of Lawsuit and Request for Waiver of Service of Summons to each Defendant in this matter pursuant to Rule 4 of the Federal Rules of Civil Procedure. The Notice of Lawsuit and Request for Waiver of Service of Summons were sent to each Defendant on May 31, 2006, twelve days after this Complaint had been filed. (See Exh. A, Notice of Lawsuit and Request for Waiver of Service of Summons dated May 31, 2006)

5.  Pursuant to the rules of this Court, the Defendants have thirty days from May 31, 2006 to inform Plaintiff as to whether each Defendant will waive formal service of the Summons. This thirty-day deadline expires on June 30, 2006.

Regan
Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

- 2 -

- 3 -

     6.    Additionally, Plaintiff has retained a private process server who is preparing to personally serve each Defendant in the event that they do not agree to the waiver. Plaintiff has requested the private process server, Jim Binsted, to begin personally serving each Defendant after the thirty-day time period noted above has expired, more specifically, on/or after June 30, 2006.

                          Respectfully submitted,

                          REGAN ZAMBRI & LONG, PLLC

By:      /s/
     Patrick M. Regan    #336107
     Paul Cornoni         #489398
     1919 M Street, NW, Suite 350
     Washington, DC 20036
     PH: (202) 463-3030
     *Counsel for Plaintiff*

Regan
Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

Case 1:06-cv-00950-RCL    Document 6    Filed 06/29/2006    Page 3 of 4

- 3 -

## **CERTIFICATE OF ELECTRONIC FILING**

I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Response to this Court's June 23, 2006 Order was electronically filed in the United States District Court for the District of Columbia and served via ECF, this 28th day of June, 2006 to:

>Julie Steptoe Lee
>Senior Assistant Attorney General
>441 Fourth Street, NW, 6th Floor South
>Washington, DC 20001
>PH:   (202) 724-6602
>FAX:  (202) 724-3635
>*Counsel for Defendants*

/s/
Paul Cornoni

Regan
Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030