**FORM 1A.  NOTICE OF LAWSUIT & REQUEST FOR WAIVER OF SERVICE OF SUMMONS**

TO:    MAURICE SCOTT, AKA MAURICE SCOT
       Individually and in his Official Capacity as an Employee of the District of Columbia
       Metropolitan Police Department
       300 Indiana Avenue, N.W.
       Washington, D.C. 20001

     A lawsuit has been commenced against you.  A copy of the Complaint is attached to this Notice.  It has been filed in the United States District Court for the District of Columbia and has been assigned docket number 1:06CV00331.

     This is not a formal summons or notification from the Court, but rather my request that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and an additional copy of the Complaint.  The cost of service will be avoided if I receive a signed copy of the waiver within 30 days after the date designated below as the date on which this Notice and Request is sent.  I enclose a stamped and addressed envelope for your use.  An extra copy of the waiver is also attached for your records.

     If you comply with this request and return the signed wavier, it will be filed with the Court and no summons will be served on you.  The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the Complaint before 60 days from the date designated below as the date on which this Notice is sent.

     If you do not return the signed waiver within the time indicate, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the Court to require you to pay the full costs of such service.  In that connection, please read the statement concerning the duty of parties to waive the service of the summons, which is set forth in the materials being provided to you.

     I affirm that this request is being sent to you on behalf of the Plaintiff, this 31st day of May, 2006.

Respectfully submitted,

REGAN ZAMBRI & LONG, PLLC

Patrick M. Regan
1919 M Street, N.W.
Suite 350
Washington, D.C. 20036

## FORM 1B.  WAIVER OF SERVICE OF SUMMONS

TO:    Patrick M. Regan
       1919 M Street, N.W.
       Suite 350
       Washington, D.C. 20036

       I acknowledge receipt of your request that I waive service of a summons in the action of Monique Dingle v. Maurice Scott, et al., which is case number 1:06CV00331 in the United States District Court for the District of Columbia.  I have also received a copy of the Complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

       I agree to save the cost of service of a summons and an additional copy of the Complaint in this lawsuit by not requiring that I be served with judicial process in the manner proved by Rule 4.

       I will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the Court except for objections based on a defect in the summons or in the service of the summons.

       I understand that a judgment may be entered against me if an answer or motion under Rule 12 is not served upon you within 60 days after May 31, 2006.

_____

Date

_____

Signature

Maurice Scott

## DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and Complaint. A Defendant located in the United States who, after being notified of an action and asked by a Plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the Complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or the place where the action has been brought.

A Defendant who waives service must within the time specified on the waiver form serve on the Plaintiff's attorney (or unrepresented Plaintiff) a response to the Complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that Defendant. By waiving service, a Defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

**FORM 1A.  NOTICE OF LAWSUIT & REQUEST FOR WAIVER OF SERVICE OF SUMMONS**

TO:    JAMES ANDERSON
       Individually and in his Official Capacity as an Employee of the District of Columbia
       Metropolitan Police Department
       300 Indiana Avenue, N.W.
       Washington, D.C. 20001

A lawsuit has been commenced against you.  A copy of the Complaint is attached to this Notice.  It has been filed in the United States District Court for the District of Columbia and has been assigned docket number 1:06CV00331.

This is not a formal summons or notification from the Court, but rather my request that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and an additional copy of the Complaint.  The cost of service will be avoided if I receive a signed copy of the waiver within 30 days after the date designated below as the date on which this Notice and Request is sent.  I enclose a stamped and addressed envelope for your use.  An extra copy of the waiver is also attached for your records.

If you comply with this request and return the signed wavier, it will be filed with the Court and no summons will be served on you.  The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the Complaint before 60 days from the date designated below as the date on which this Notice is sent.

If you do not return the signed waiver within the time indicate, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the Court to require you to pay the full costs of such service.  In that connection, please read the statement concerning the duty of parties to waive the service of the summons, which is set forth in the materials being provided to you.

I affirm that this request is being sent to you on behalf of the Plaintiff, this 31st day of May, 2006.

Respectfully submitted,

REGAN ZAMBRI & LONG, PLLC


Patrick M. Regan
1919 M Street, N.W.
Suite 350
Washington, D.C. 20036

## FORM 1B.  WAIVER OF SERVICE OF SUMMONS

TO:     Patrick M. Regan
        1919 M Street, N.W.
        Suite 350
        Washington, D.C. 20036

I acknowledge receipt of your request that I waive service of a summons in the action of Monique Dingle v. Maurice Scott, et al., which is case number 1:06CV00331 in the United States District Court for the District of Columbia.  I have also received a copy of the Complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the Complaint in this lawsuit by not requiring that I be served with judicial process in the manner proved by Rule 4.

I will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the Court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me if an answer or motion under Rule 12 is not served upon you within 60 days after May 31, 2006.


_____
Date

_____
Signature

James Anderson

## DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and Complaint. A Defendant located in the United States who, after being notified of an action and asked by a Plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the Complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or the place where the action has been brought.

A Defendant who waives service must within the time specified on the waiver form serve on the Plaintiff's attorney (or unrepresented Plaintiff) a response to the Complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that Defendant. By waiving service, a Defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

**FORM 1A.  NOTICE OF LAWSUIT & REQUEST FOR WAIVER OF SERVICE OF
SUMMONS**


TO:    DAVID ANDERSON
       Individually and in his Official Capacity as an Employee of the District of Columbia
       Metropolitan Police Department
       300 Indiana Avenue, N.W.
       Washington, D.C. 20001

       A lawsuit has been commenced against you.  A copy of the Complaint is attached to
this Notice.  It has been filed in the United States District Court for the District of Columbia
and has been assigned docket number 1:06CV00331.

       This is not a formal summons or notification from the Court, but rather my request
that you sign and return the enclosed waiver of service in order to save the cost of serving
you with a judicial summons and an additional copy of the Complaint.  The cost of service
will be avoided if I receive a signed copy of the waiver within 30 days after the date
designated below as the date on which this Notice and Request is sent.  I enclose a stamped
and addressed envelope for your use.  An extra copy of the waiver is also attached for your
records.

       If you comply with this request and return the signed wavier, it will be filed with the
Court and no summons will be served on you.  The action will then proceed as if you had
been served on the date the waiver is filed, except that you will not be obligated to answer
the Complaint before 60 days from the date designated below as the date on which this
Notice is sent.

       If you do not return the signed waiver within the time indicate, I will take appropriate
steps to effect formal service in a manner authorized by the Federal Rules of Civil
Procedure and will then, to the extent authorized by those Rules, ask the Court to require
you to pay the full costs of such service.  In that connection, please read the statement
concerning the duty of parties to waive the service of the summons, which is set forth in the
materials being provided to you.

       I affirm that this request is being sent to you on behalf of the Plaintiff, this 31st day of
May, 2006.

Respectfully submitted,

REGAN ZAMBRI & LONG, PLLC

Patrick M. Regan
1919 M Street, N.W.
Suite 350
Washington, D.C. 20036

## FORM 1B.  WAIVER OF SERVICE OF SUMMONS

TO:    Patrick M. Regan
        1919 M Street, N.W.
        Suite 350
        Washington, D.C. 20036

       I acknowledge receipt of your request that I waive service of a summons in the action of Monique Dingle v. Maurice Scott, et al., which is case number 1:06CV00331 in the United States District Court for the District of Columbia.  I have also received a copy of the Complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

       I agree to save the cost of service of a summons and an additional copy of the Complaint in this lawsuit by not requiring that I be served with judicial process in the manner proved by Rule 4.

       I will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the Court except for objections based on a defect in the summons or in the service of the summons.

       I understand that a judgment may be entered against me if an answer or motion under Rule 12 is not served upon you within 60 days after May 31, 2006.

_____

Date

                                                          _____

                                                 Signature

                                               David Anderson

# DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and Complaint. A Defendant located in the United States who, after being notified of an action and asked by a Plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the Complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or the place where the action has been brought.

A Defendant who waives service must within the time specified on the waiver form serve on the Plaintiff's attorney (or unrepresented Plaintiff) a response to the Complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that Defendant. By waiving service, a Defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

**FORM 1A.  NOTICE OF LAWSUIT & REQUEST FOR WAIVER OF SERVICE OF SUMMONS**

TO:    BRIAN ANDERSON
Individually and in his Official Capacity as an Employee of the District of Columbia
Metropolitan Police Department
300 Indiana Avenue, N.W.
Washington, D.C. 20001

A lawsuit has been commenced against you.  A copy of the Complaint is attached to this Notice.  It has been filed in the United States District Court for the District of Columbia and has been assigned docket number 1:06CV00331.

This is not a formal summons or notification from the Court, but rather my request that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and an additional copy of the Complaint.  The cost of service will be avoided if I receive a signed copy of the waiver within 30 days after the date designated below as the date on which this Notice and Request is sent.  I enclose a stamped and addressed envelope for your use.  An extra copy of the waiver is also attached for your records.

If you comply with this request and return the signed wavier, it will be filed with the Court and no summons will be served on you.  The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the Complaint before 60 days from the date designated below as the date on which this Notice is sent.

If you do not return the signed waiver within the time indicate, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the Court to require you to pay the full costs of such service.  In that connection, please read the statement concerning the duty of parties to waive the service of the summons, which is set forth in the materials being provided to you.

3/51

I affirm that this request is being sent to you on behalf of the Plaintiff, this ___ day of May, 2006.

Respectfully submitted,

REGAN ZAMBRI & LONG, PLLC


Patrick M. Regan
1919 M Street, N.W.
Suite 350
Washington, D.C. 20036

## FORM 1B.  WAIVER OF SERVICE OF SUMMONS

TO:    Patrick M. Regan
        1919 M Street, N.W.
        Suite 350
        Washington, D.C. 20036

I acknowledge receipt of your request that I waive service of a summons in the action of Monique Dingle v. Maurice Scott, et al., which is case number 1:06CV00331 in the United States District Court for the District of Columbia.  I have also received a copy of the Complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the Complaint in this lawsuit by not requiring that I be served with judicial process in the manner proved by Rule 4.

I will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the Court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me if an answer or motion under Rule 12 is not served upon you within 60 days after May 31, 2006.

_____                                         _____
Date                                                               Signature

                                                                       Brian Anderson

## DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and Complaint. A Defendant located in the United States who, after being notified of an action and asked by a Plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the Complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or the place where the action has been brought.

A Defendant who waives service must within the time specified on the waiver form serve on the Plaintiff's attorney (or unrepresented Plaintiff) a response to the Complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that Defendant. By waiving service, a Defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

**FORM 1A.  NOTICE OF LAWSUIT & REQUEST FOR WAIVER OF SERVICE OF SUMMONS**

TO:   NANCY OLIVER
        Individually and in her Official Capacity as an Employee of the District of Columbia
        Metropolitan Police Department
        300 Indiana Avenue, N.W.
        Washington, D.C. 20001

       A lawsuit has been commenced against you. A copy of the Complaint is attached to this Notice.  It has been filed in the United States District Court for the District of Columbia and has been assigned docket number 1:06CV00331.

       This is not a formal summons or notification from the Court, but rather my request that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and an additional copy of the Complaint.  The cost of service will be avoided if I receive a signed copy of the waiver within 30 days after the date designated below as the date on which this Notice and Request is sent.  I enclose a stamped and addressed envelope for your use.  An extra copy of the waiver is also attached for your records.

       If you comply with this request and return the signed wavier, it will be filed with the Court and no summons will be served on you.  The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the Complaint before 60 days from the date designated below as the date on which this Notice is sent.

       If you do not return the signed waiver within the time indicate, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the Court to require you to pay the full costs of such service.  In that connection, please read the statement concerning the duty of parties to waive the service of the summons, which is set forth in the materials being provided to you.

                                                                                                                3/st

       I affirm that this request is being sent to you on behalf of the Plaintiff, this ___ day of May, 2006.

Respectfully submitted,

REGAN ZAMBRI & LONG, PLLC


_____

Patrick M. Regan
1919 M Street, N.W.
Suite 350
Washington, D.C. 20036

## FORM 1B.  WAIVER OF SERVICE OF SUMMONS

TO:   Patrick M. Regan
      1919 M Street, N.W.
      Suite 350
      Washington, D.C. 20036

I acknowledge receipt of your request that I waive service of a summons in the action of Monique Dingle v. Maurice Scott, et al., which is case number 1:06CV00331 in the United States District Court for the District of Columbia.  I have also received a copy of the Complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the Complaint in this lawsuit by not requiring that I be served with judicial process in the manner proved by Rule 4.

I will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the Court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me if an answer or motion under Rule 12 is not served upon you within 60 days after May 31, 2006.

_____
Date

_____
Signature

Nancy Oliver

## DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and Complaint. A Defendant located in the United States who, after being notified of an action and asked by a Plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the Complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or the place where the action has been brought.

A Defendant who waives service must within the time specified on the waiver form serve on the Plaintiff's attorney (or unrepresented Plaintiff) a response to the Complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that Defendant. By waiving service, a Defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

**FORM 1A.  NOTICE OF LAWSUIT & REQUEST FOR WAIVER OF SERVICE OF SUMMONS**

TO:    STUART EMERMAN
       Individually and in his Official Capacity as an Employee of the District of Columbia
       Metropolitan Police Department
       300 Indiana Avenue, N.W.
       Washington, D.C. 20001

         A lawsuit has been commenced against you.  A copy of the Complaint is attached to this Notice.  It has been filed in the United States District Court for the District of Columbia and has been assigned docket number 1:06CV00331.

         This is not a formal summons or notification from the Court, but rather my request that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and an additional copy of the Complaint.  The cost of service will be avoided if I receive a signed copy of the waiver within 30 days after the date designated below as the date on which this Notice and Request is sent.  I enclose a stamped and addressed envelope for your use.  An extra copy of the waiver is also attached for your records.

         If you comply with this request and return the signed wavier, it will be filed with the Court and no summons will be served on you.  The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the Complaint before 60 days from the date designated below as the date on which this Notice is sent.

         If you do not return the signed waiver within the time indicate, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the Court to require you to pay the full costs of such service.  In that connection, please read the statement concerning the duty of parties to waive the service of the summons, which is set forth in the materials being provided to you.

         I affirm that this request is being sent to you on behalf of the Plaintiff, this $\overline{31st}$ ___ day of May, 2006.

Respectfully submitted,

REGAN ZAMBRI & LONG, PLLC

Patrick M. Regan
1919 M Street, N.W.
Suite 350
Washington, D.C. 20036

## FORM 1B.  WAIVER OF SERVICE OF SUMMONS

TO:    Patrick M. Regan
       1919 M Street, N.W.
       Suite 350
       Washington, D.C. 20036

I acknowledge receipt of your request that I waive service of a summons in the action of Monique Dingle v. Maurice Scott, et al., which is case number 1:06CV00331 in the United States District Court for the District of Columbia.  I have also received a copy of the Complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the Complaint in this lawsuit by not requiring that I be served with judicial process in the manner proved by Rule 4.

I will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the Court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me if an answer or motion under Rule 12 is not served upon you within 60 days after May 31, 2006.

_____
Date

_____
Signature

Stuart Emerman

## DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and Complaint. A Defendant located in the United States who, after being notified of an action and asked by a Plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the Complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or the place where the action has been brought.

A Defendant who waives service must within the time specified on the waiver form serve on the Plaintiff's attorney (or unrepresented Plaintiff) a response to the Complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that Defendant. By waiving service, a Defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.