UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Civil Division

| | |
|---|---|
| **MONIQUE DINGLE** | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-00950 |
| **MAURICE SCOTT, et al.** | : Judge Lamberth |
| Defendants. | : |

### AFFIDAVIT OF SERVICE – DAVID ANDERSON

I, Lilian Torres, hereby depose and state that:

1. I am a legal assistant with the law firm of Regan, Zambri & Long in the District of Columbia, and our firm has been retained by the plaintiff in connection with this litigation.

2. On or about June 30, 2006, our office retained the services of James D. Binsted, a private service processor with regards to serving the Defendant David Anderson, in his Official Capacity as an Employee of the District of Columbia, in this matter.

3. On or about August 8, 2006, James D. Binsted, PPS, personally served, a copy of the Court's initial Order, stamped Summons and Complaint to Defendant David Anderson, in his Official Capacity as an Employee of the District of Columbia

Regan,
Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

- 1 -

Metropolitan Police Department, at 1624 V Street N.W., Washington, D.C. 20001. Please see Affidavit of Service signed by James D. Binsted attached hereto.

4. Further saith affiant not.

_____
Lilian Torres

Subscribed and sworn to before me this 5th day of September, 2006.

_____
Notary Public

Sherri E. Johnson
Notary Public, District of Columbia
My Commission Expires March 31, 2008

Regan,
Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

## ATTACHMENT A

Regan,
Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

Official Capacity DAVID ANDERSON MTDC

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | August 8, 2006 at 10:05 p.m. |
| NAME OF SERVER *(PRINT)* James D. Binsted | TITLE PPS |

*Check one box below to indicate appropriate method of service*

☑ ☐ Served personally upon the defendant. Place where served: 1624 V Street N.W., Wash. D.C. 20009

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| -0- Flat | Five Attempts + Serve $150.00 | $150.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/8/06
          Date          Signature of Server

J. BINSTED ASSOC.
1123 GRANDIN AVE.
ROCKVILLE, MD 20851-1337
(301) 251-1160
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

MONIQUE DINGLE

**SUMMONS IN A CIVIL CASE**

V.

MAURICE SCOTT, et al.

CASE NUMBER   1:06CV00950

CASE   JUDGE: Royce C. Lamberth

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 05/19/2006

TO: (Name and address of Defendant)

David Anderson, in his Official Capacity
as an Employee of the District of Columbia
Metropolitan Police Department
300 Indiana Avenue, NW
Washington, DC  20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Patrick M. Regan, Esquire
Regan Zambri & Long, PLLC
1919 M Street, NW, Suite 350
Washington, DC  20036

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON           MAY 19 2006

CLERK                                DATE

/s/ Maureen Higgins
(By) DEPUTY CLERK