# IN THE UNITED STATES DISTRICT COURT
## District of Columbia

MONIQUE DINGLE  :
           Plaintiff  :

vs.  :  <u>CIVIL ACTION No. 1:06CV00950</u>

MAURICE SCOTT, <u>et al.</u>  :
           Defendant  :

## <u>AFFIDAVIT OF ATTEMPTS OF NON-SERVICE</u>

**James D. Binsted,** being first duly sworn, deposes and says:

1. That I am a Private Process Server over the age of 18 years old and not a party to this action. That I am competent to testify and have personal knowledge of the facts and matters contained herein.

2. I am of the opinion, after having served several thousand subpoenas and summonses over the past 26 years, that the below Defendants in this matter are avoiding or evading service of process:

   a. Maurice Scott, Officer MPDC.

   b. Stuart Emerman, Sergeant, MPDC.

   c. James Anderson, Sergeant, MPDC.

   d. Brian Anderson, Officer MPDC.

3. I base my belief on the below facts and personal observations.

4. That on July 19th, 2006 I telephoned the Third District Station (3-D) located at 1624 V Street, N. W., Washington, D. C. 20009 at (202) 673-6815. I asked the Duty

Officer to connect me with any of the above three (3) Police Officers. The Duty Officer indicated that all three officers currently worked out of 3-D. He indicated that only one was currently on duty and he was unavailable to take calls. The Duty officer indicated that he could not accept messages for the officers, however he indicated that Officer Scott and Sergeant Emerman worked Power Shift (evenings) and that Sergeant Anderson worked the midnight shift. I then asked for my telephone call to be forwarded to Commander Larry McCoy's office. I spoke to Commander McCoy's secretary who indicated that the Commander was not in. I left a detailed message with the secretary regarding the attached case matter. I indicated that to maintain discretion I would like him to direct his subordinates to telephone me to set appointments for service to avoid embarrassment at the station.

5. That on July 25th, 2006, after receiving no return call from Commander McCoy I made my first attempt at 3-D at 4:00pm and again at 10:00 p.m. The Civilian female at the front desk was uncooperative and refused to call the three (3) Defendants to the lobby. I left detailed written messages for the listed Defendants (see Exhibit A) requesting them to contact me, via phone, to set an appropriate time for service. The civilian female stated that she would have the messages given to the Defendants.

6. After not receiving a response from the Defendants I returned to 3-D during the appropriate 'shift-changes' and was again stonewalled by the civilian desk clerk. She refused to advise the Defendants that I was present in the building. I again left detailed messages for the Defendants to call me.

7. That on July 31st, 2006 I placed two telephone calls to 3-D at shift-change times attempting to contact any of the three above listed Defendants. I left messages for them to call me regarding the captioned matter.

8. That on August 8th, 2006 from 8:00 p.m. until 11:05 p.m. I conducted a concentrated vigil of good faith attempts in the lobby of 3-D. Although all of the above Defendants were allegedly in the building at this time, and all were allegedly aware of my presence they would not come forward to accept the process. At 10:05 p.m. I was able to serve co-defendant Officer David Anderson, who willfully came forward to accept service. I asked Officer Anderson if the three above mentioned co-defendants were also coming forward to accept service. Officer David Anderson stated that he could not speak for the other officers. At 11:00 p.m. I respectfully urged the civilian female at the front desk to contact the above listed officers. She became uncooperative and refused stating that she would not contact them during their tour of duty. I had composed a letter to Commander McCoy indicating that the three (3) Defendants were avoiding service and if they did not come forward I would be forced to file an Affidavit detailing their evasion of a United States District Court summons. I respectfully requested that he contact me regarding the matter. I also left my third series of detailed messages for the three above listed Defendants (Exhibit A) requesting them to contact me to set an appointment.

9. After receiving no reply to my letter to Commander McCoy, or from the Defendants, on August 12th, 2006, at 9:00 p.m. I again made a good faith attempt to serve them at 3-D. The officer at the front desk stated that he would give them my oral message to call me on my cell phone. I waited for them to call me. There was no response and at 10:00 p.m. I discontinued.

3

10. That on August 22nd, and 23rd, 2006 I made further attempts and could not effectuate service.

11. It is my conclusion that the Defendants are fully aware of the summonses and the reason service attempts are being made. It is my opinion that I will be able to serve the defendants if given an additional 60 day time period

The undersigned further certifies that he is over the age of 18 years and not a Party to this action.

I DO SOLEMNLY DECLARE AND AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT.

JAMES D. BINSTED, PPS,
BINSTED ASSOCIATES
Rockville, Maryland 20852
(301) 251-1160

Sworn before me on this 5th Day of September 2003/

NOTARY _____

My Commission Expires on: _____

Sherri E. Johnson
Notary Public, District of Columbia
My Commission Expires March 31, 2008

## NOTICE OF INTENTION TO SERVE COURT PAPERS

TO: _____

FROM: _____

The undersigned is a Process Server attempting to serve _____ _____ Court Papers upon the above named person. It is very important that you contact the undersigned by leaving a voice mail message on (301) 251-1160. (24 hours) and either leave your telephone number where you may be reached, or set an appointment time convenient to you to accept service.

Please call no later than _____.

If there is no response by this date a Court authorization will be request to allow service of legal papers by Posting them upon the door at either your home and/or employment addresses.

NOTICE TO OCCUPANTS: If the above named Respondent does not live/work at this listed address, the current occupant/business office should call the above VOICE MESSAGE NUMBER to notify this office of the incorrect address.

Best Regards:

_____
JIM BINSTED, (301) 251-1160

CASE # : _____.

TYPE Case: _____

_____

_____