UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MONIQUE DINGLE | : | |
| Plaintiff, | : | |
| | : | Civil Action No. 06-00950 |
| v. | : | |
| | : | (RCL) |
| MAURICE SCOTT, et al. | : | |
| Defendants. | : | |

**PLAINTIFF'S RESPONSE TO THIS COURT'S SEPTEMBER 5, 2006
ORDER REGARDING SERVICE ON THE DEFENDANTS**

The Plaintiff, by and through undersigned counsel, hereby respectfully responds to this Court's September 5, 2006 Order and further states:

1. In the interest of judicial efficiency, Plaintiff directs this Court to Plaintiff's Motion for an Extension of Time to Serve Defendants which is being filed simultaneously with this Response.

2. Plaintiff has properly served all Defendants in Civil Action No. 06-331 which has been consolidated with Civil Action No. 06-950. Plaintiff has properly served two Defendants in Civil Action No. 06-950 and has appropriately filed a motion for an extension of time to serve the remaining Defendants. In the interest of judicial efficiency, Plaintiff directs this Court to Plaintiff's Motion for a more detailed analysis concerning Plaintiff's good faith efforts to serve Defendants.

Regan
Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

- 3 -

    Respectfully submitted,

    REGAN ZAMBRI & LONG, PLLC


By:       /s/
    Patrick M. Regan    #336107
    Paul Cornoni    #489398
    1919 M Street, NW, Suite 350
    Washington, DC 20036
    PH: (202) 463-3030
    *Counsel for Plaintiff*

Regan
Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

- 3 -

## CERTIFICATE OF ELECTRONIC FILING

I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Response to this Court's September 5, 2006 Order was electronically filed in the United States District Court for the District of Columbia and served via ECF as well as first class mail, postage prepaid, this 6th day of September, 2006 to:

James Vicros
Senior Assistant Attorney General
441 Fourth Street, NW, 6th Floor South
Washington, DC  20001
PH:    (202) 724-6600
FAX:   (202) 724-3635
*Counsel for Defendants*

Maurice Scott
300 Indiana Avenue, NW
Washington, DC 20001

Stuart Emerman
300 Indiana Avenue, NW
Washington, DC 20001

Brian Anderson
300 Indiana Avenue, NW
Washington, DC 20001

James Anderson
300 Indiana Avenue, NW
Washington, DC 20001

Regan
Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

/s/
Patrick M. Regan