UNITED STATES DISTRICT COURT<br>
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MONIQUE DINGLE,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-331 (RCL) |
| | ) | |
| **DISTRICT OF COLUMBIA,** *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Upon consideration of the Meet & Confer Statement [12] submitted by the parties and the entire record herein, it is hereby

ORDERED that the following discovery schedule is established for this case:

| | |
|---|---|
| Plaintiff's Experts | 10/01/06 |
| Defendants' Experts | 12/01/06 |
| Discovery Closes | 03/01/07 |
| Dispositive Motions Filed By | 03/15/07 |

and it is further

ORDERED that a follow-up Status Conference will be scheduled after disposition of any dispositive motions. Schedules for mediation, pretrial and trial will be set at that time.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, May 30, 2006.