UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONIQUE DINGLE,<br><br>    Plaintiff,<br><br>v.<br><br>MAURICE SCOTT, *et al.*,<br><br>    Defendants. | Civil Action No. 06-950 (RCL) |
| MONIQUE DINGLE,<br><br>    Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>    Defendant. | Civil Action No. 06-331 (RCL) |

## ORDER

Upon consideration of plaintiff's Motion [13] for Extension of Time to Serve Defendants, filed September 6, 2006, it is hereby

ORDERED that plaintiff's motion is GRANTED, *nunc pro tunc*, and it is further

ORDERED that plaintiff shall have until November 15, 2006, to serve defendants in this matter.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, November 20, 2006.