**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **MONIQUE DINGLE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 06-950 (RCL)** |
| | ) | |
| **MAURICE SCOTT, *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

| | | |
|---|---|---|
| **MONIQUE DINGLE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 06-331 (RCL)** |
| | ) | |
| **DISTRICT OF COLUMBIA, *et al.*,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## ORDER

Upon consideration of the Consent Motion [16] for Extension of Discovery Deadlines,

and it appearing to the Court that the granting of this Motion is in the interest of justice and will

not result in any undue delay in this litigation, it is hereby

ORDERED that the Motion [16] is GRANTED, and it is further

ORDERED that the Scheduling Order is hereby amended as follows:

| | |
|---|---|
| Plaintiff's Experts | 12/01/06 |
| Defendants' Experts | 02/01/07 |
| Discovery Closes | 05/01/07 |
| Dispositive Motions Filed by | 05/15/07 |

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, November 20, 2006.