UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MONIQUE DINGLE,** | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 06-331 (RCL) |
| **DISTRICT OF COLUMBIA,** *et al.*, | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| **MONIQUE DINGLE,** | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 06-950 (RCL) |
| **MAURICE SCOTT,** *et al.*, | ) | |
| Defendants. | ) | |

## ORDER

The procedures set forth at Exhibit A to the Praecipe filed by the District of Columbia Attorney General on November 21, 2006, appear perfectly designed to prevent exactly what happened in this case. The Court would appreciate receiving a report from Deputy Attorney General George Valentine, either in writing in advance or orally at the December 7, 2006, status conference, as to why those procedures did not work in this case.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, November 22, 2006.