UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| MONIQUE DINGLE : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 06-0331 (RCL) |
| : | Civil Action No. 06-0950 (RCL) |
| : | (Consolidated) |
| DISTRICT OF COLUMBIA, *et.al.* : | |
| : | |

**NOTICE OF WITHDRAWAL AND APPEARANCE[1]**

Will the Clerk of the Court please withdraw the appearance of Julie Lee, Senior Assistant Attorney General, as attorney for the District of Columbia in this case and enter the appearance of Assistant Attorney General James H. Vricos as attorney for the District of Columbia.

Respectfully submitted,

EUGENE A. ADAMS
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division

_____/s/_____
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Sec. III

_____/s/_____
JAMES H. VRICOS [474026]

---

[1] Undersigned counsel filed a similar Notice with the Court on August 4, 2006 in case 06-331.

Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
202) 724-6600
(202) 727-3625 (fax)
E-mail: James.Vricos@dc.gov