UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONIQUE DINGLE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, *et al.*, )<br>)<br>Defendant. )<br>)<br>MONIQUE DINGLE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MAURICE SCOTT, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 06-331 (RCL)<br><br><br><br><br><br><br>Civil Action No. 06-950 (RCL) |

**ORDER**

Upon consideration of the parties' joint request to amend the Scheduling Order [23] filed November 20, 2006, it is hereby

ORDERED that the discovery schedule in this case is revised as follows:

    Plaintiff's Experts Reports Due:    March 1, 2007

    Defendants' Experts Reports Due:    May 1, 2007

    Discovery Closes:    July 1, 2007

    Dispositive Motions Filed By:    July 30, 2007

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, December 7, 2006.