UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MONIQUE DINGLE,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**DISTRICT OF COLUMBIA,** *et al.*, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-331 (RCL) |
| **MONIQUE DINGLE,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**MAURICE SCOTT,** *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 06-950 (RCL) |

**ORDER**

Upon consideration of the joint motion [37] filed by the parties in this case, the memorandum of points and authorities in support thereof, and the record herein, it is hereby

ORDERED that the motion [37] is GRANTED; it is further

ORDERED that plaintiff's request to enlarge the time to depose additional witnesses in this case shall be enlarged up to and including September 30, 2007; it is further

ORDERED that the parties shall file dispositive motions in this case no later than October 30, 2007; and it is further

ORDERED that the parties are referred to a U.S. Magistrate Judge for settlement discussions after the close of discovery.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, August 5, 2007.