UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONIQUE DINGLE,            )<br>                            )<br>    Plaintiff,           )<br>                            )<br>    v.                      )<br>                            )<br>DISTRICT OF COLUMBIA, *et al.*,  )<br>                            )<br>    Defendant.          )<br>                            ) | Civil Action No. 06-331 (RCL) |
| MONIQUE DINGLE,            )<br>                            )<br>    Plaintiff,           )<br>                            )<br>    v.                      )<br>                            )<br>MAURICE SCOTT, *et al.*,    )<br>                            )<br>    Defendants.         )<br>                            ) | Civil Action No. 06-950 (RCL) |

## **ORDER**

Upon consideration of defendants' consent motion to extend time to file dispositive motions, the memorandum of points and authorities filed in support thereof, and for good cause shown, it is hereby

ORDERED, that the defendants' consent motion to extend time to file dispositive motions is hereby GRANTED; and it is

FURTHER ORDERED, that dispositive motions shall be filed on or before November 6, 2007.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on October 26, 2007.