UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MONIQUE DINGLE, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 06-0331 (RCL) |
| DISTRICT OF COLUMBIA, *et al.*, | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| MONIQUE DINGLE, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 06-0950 (RCL) |
| MAURICE SCOTT, *et al.*, | : | |
| Defendants. | : | |

<u>ORDER</u>

Upon consideration of defendants' motion for partial summary judgment, the memorandum of points and authorities filed in support thereof, any opposition and reply thereto, and the entire record herein, it is by the Court this _____ day of _____, 2007,

ORDERED, that the defendants' motion for partial summary judgment is hereby GRANTED; and it is,

FURTHER ORDERED, that judgment is entered for all defendants on Count I of the Complaint (Nos. 06-cv-331 and 06-cv-950); and it is,

FURTHER ORDERED, that judgment is entered for all defendants on Count II of the Complaint (Nos. 06-cv-331 and 06-cv-950), with regard to the events alleged on May 23, 2005. Count II remains pending against defendants District of Columbia and Sean Moore with regard to the events alleged on May 8, 2005; and it is,

FURTHER ORDERED, that judgment is entered for all defendants on Count III of the Complaint (Nos. 06-cv-331 and 06-cv-950); and it is,

FURTHER ORDERED, that judgment is entered for all defendants on Count IV of the Complaint (Nos. 06-cv-331 and 06-cv-950); and it is,

FURTHER ORDERED, that Count V of the Complaint (Nos. 06-cv-331 and 06-cv-950) is hereby dismissed.

_____
ROYCE C. LAMBERTH
U.S. DISTRICT JUDGE