**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

**Civil Division**

| | |
|---|---|
| **MONIQUE DINGLE** | : |
| Plaintiff, | : |
| v. | : |
| **DISTRICT OF COLUMBIA, et al.** | : |
| Defendants. | : |
| _____ | Civil Action Nos. 06-00331 |
| | 06-00950 |
| **MONIQUE DINGLE** | : (RCL) |
| Plaintiff, | : |
| v. | : |
| **MAURICE SCOTT, et al.** | : |
| Defendants. | : |

**PLAINTIFF'S CONSENT MOTION FOR AN EXTENSION OF TIME TO OPPOSE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, by and through undersigned counsel, respectfully submits this consent motion for an extension of time to oppose Defendant's motion for summary judgment. This is Plaintiff's first request for an extension of time and no further requests are anticipated. **The Defendant has consented to this request.** Plaintiff requests an additional two weeks to submit her opposition to Defendant's motion for summary judgment. As grounds for this consent motion, Plaintiff states that Plaintiff's counsel has been in trial for the past two weeks in the case of Miller v. Foxhall OB/GYN Associates, P.C., et al., C.A. No. 2006 CA 006206 M, before Judge Gerald

1

Fisher in the Superior Court for the District of Columbia which started on November 5th and finished on November 16th. Plaintiff further cites the good faith press of business, travel schedule, trial schedule and other difficulties as necessitating the required extension.

In further support of this motion, the Plaintiff respectfully refers the Court to the attached Memorandum of Points and Authorities.

                                                Respectfully submitted,
                                                REGAN ZAMBRI & LONG, PLLC

By:     **/s/ Patrick M. Regan**
        Patrick M. Regan        #336107
        pregan@reganfirm.com
        Paul Cornoni        #489398
        pcornoni@reganfirm.com
        1919 M Street, NW, Suite 350
        Washington, DC 20036
        PH: (202) 463-3030
        Fax: (202)463-0667
        *Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

Civil Division

| | |
|---|---|
| **MONIQUE DINGLE** | : |
|    **Plaintiff,** | : |
|       v. | : |
| **DISTRICT OF COLUMBIA, et al.** | : |
|    **Defendants.** | : |
| _____ | **Civil Action Nos. 06-00331** |
| | **06-00950** |
| **MONIQUE DINGLE** | : (RCL) |
|    **Plaintiff,** | : |
|       v. | : |
| **MAURICE SCOTT, et al.** | : |
| **Defendants.** | : |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S CONSENT MOTION FOR AN EXTENSION OF TIME TO OPPOSE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, by and through undersigned counsel, hereby submits her Memorandum of Points and Authorities in support of this consent motion and further states:

1.    Defendant filed a motion for partial summary judgment on November 6, 2007.

2.    Plaintiff's Opposition is currently due to be filed on November 19, 2007.

3.    Plaintiff hereby requests an additional two weeks to submit her opposition to Defendant's motion for summary judgment.  Plaintiff requests that her opposition to

3

Defendant's motion be due on December 3, 2007.

**1.    Defendant consents to the relief requested in this motion.**

**2.**    As grounds for this consent motion, Plaintiff states that Plaintiff's counsel has been in trial for the past two weeks in the case of <u>Miller v. Foxhall OB/GYN Associates, P.C., et al.</u>, C.A. No. 2006 CA 006206 M, before Judge Gerald Fisher in the Superior Court for the District of Columbia which started on November 5th and finished on November 16th.

3.  Plaintiff further cites the good faith press of business, travel schedule, trial schedule and other difficulties as necessitating the required extension.    This is the first request for an extension of time and no further requests are anticipated.

                                              Respectfully submitted,
                                              REGAN ZAMBRI & LONG, PLLC

                              By:    **/s/ Patrick M. Regan**
                                              Patrick M. Regan          #336107
                                              pregan@reganfirm.com
                                              Paul Cornoni                   #489398
                                              pcornoni@reganfirm.com
                                              1919 M Street, NW, Suite 350
                                              Washington, DC 20036
                                              PH:  (202) 463-3030
                                              Fax: (202)463-0667
                                              *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Consent Motion for Extension of Time To Oppose Defendant's Motion For Summary Judgment, Memorandum of Points and Authorities in Support thereof and proposed Order was electronically filed and mailed this 19th day of November, 2007 with notice to the following:

>Carl Schifferle, Esquire
>Kersyln Featherston, Esquire
>Assistant Attorney General
>441 Fourth Street, NW, 6th Floor South
>Washington, DC  20001
>PH:    (202) 724-6624
>FAX:   (202) 724-3635
>*Counsel for Defendants*

>____/s/_____
>Patrick M. Regan

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

Civil Division

| | |
|---|---|
| **MONIQUE DINGLE** | : |
| **Plaintiff,** | : |
| v. | : |
| **DISTRICT OF COLUMBIA, et al.** | : |
| **Defendants.** | : |
| _____ | **Civil Action Nos. 06-00331** |
| | **06-00950** |
| **MONIQUE DINGLE** | : (RCL) |
| **Plaintiff,** | : |
| v. | : |
| **MAURICE SCOTT, et al.** | : |
| **Defendants.** | : |

## ORDER

Upon consideration of Plaintiff's Consent Motion for Extension of Time in which to submit her Opposition to Defendant's Motion for Summary Judgment, and the consent of defense counsel, it is this _____ day of _____, 2007;

ORDERED that Plaintiff's Motion be, and the same hereby is GRANTED; and Plaintiff shall file her Opposition to Defendant's Motion for Summary Judgment on or before December 3, 2007.

SO ORDERED.

_____
Judge Royce C. Lamberth

6

Copies to:

Patrick M. Regan, Esquire
Paul Cornoni, Esquire
Regan Zambri & Long
1919 M Street, N.W., Suite 350
Washington, D.C.  20036

Carl Schifferle, Esquire
Kersyln Featherston, Esquire
Assistant Attorney General
441 Fourth Street, NW, 6th Floor South
Washington, DC  20001
P<small>H</small>:(202) 724-6624
F<small>AX</small>: (202) 724-3635
*Counsel for Defendants*