**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

**Civil Division**

| | |
|---|---|
| **MONIQUE DINGLE** | : |
| **Plaintiff,** | : |
| v. | : |
| **DISTRICT OF COLUMBIA, et al.** | : |
| **Defendants.** | : |
| _____ | Civil Action Nos. 06-00331 |
| | 06-00950 |
| **MONIQUE DINGLE** | : (RCL) |
| **Plaintiff,** | : |
| v. | : |
| **MAURICE SCOTT, et al.** | : |
| **Defendants.** | : |

**PLAINTIFF'S CONSENT MOTION FOR AN EXTENSION OF TIME TO OPPOSE DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff, by and through undersigned counsel, respectfully submits this consent motion for an extension of time to oppose Defendant's motion for partial summary judgment. This is Plaintiff's second request for an extension of time and no further requests are anticipated. **The Defendant has consented to this request.** Plaintiff requests an additional two (2) days to submit her opposition to Defendants' motion for summary judgment. As grounds for this consent motion, Plaintiff cites the good faith press of business, trial and deposition schedule as necessitating the required extension. Plaintiff further states that Plaintiff's counsel recently finished a two-week

1

trial in DC Superior Court and is presently scheduled to begin a trial in the Circuit Court for Arlington County on December 10, 2007. Plaintiff is also requesting the additional two days in the hopes of attempting to narrow the issues presently put forth in Defendant's motion.

In further support of this consent motion, the Plaintiff respectfully refers the Court to the attached Memorandum of Points and Authorities.

                Respectfully submitted,
                REGAN ZAMBRI & LONG, PLLC

By:    **/s/ Paul Cornoni**
       Patrick M. Regan      #336107
       pregan@reganfirm.com
       Paul Cornoni        #489398
       pcornoni@reganfirm.com
       1919 M Street, NW, Suite 350
       Washington, DC 20036
       PH: (202) 463-3030
       Fax: (202)463-0667
       *Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

**Civil Division**

| | |
|---|---|
| **MONIQUE DINGLE** | : |
| **Plaintiff,** | : |
| v. | : |
| **DISTRICT OF COLUMBIA, et al.** | : |
| **Defendants.** | : |
| _____ | **Civil Action Nos. 06-00331** |
| | **06-00950** |
| **MONIQUE DINGLE** | : (RCL) |
| **Plaintiff,** | : |
| v. | : |
| **MAURICE SCOTT, et al.** | : |
| **Defendants.** | : |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S CONSENT MOTION FOR AN EXTENSION OF TIME TO OPPOSE DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff, by and through undersigned counsel, hereby submits her Memorandum of Points and Authorities in support of this consent motion and further states:

1. Plaintiff's Opposition is currently due to be filed on December 3, 2007.

2. Plaintiff hereby requests an additional two (2) days to submit her opposition to Defendant's motion for partial summary judgment. Plaintiff requests that her opposition to Defendant's motion be due on December 5, 2007.

3. **Defendant consents to the relief requested in this motion.**

3

4.	As grounds for this consent motion, Plaintiff cites the good faith press of business, trial and deposition schedule as necessitating the required extension. Plaintiff further states that Plaintiff's counsel recently finished a two-week trial in DC Superior Court and is presently scheduled to begin a trial in the Circuit Court for Arlington County on December 10, 2007.

5.	This is the second request for an extension of time and no further requests are anticipated. Plaintiff is also requesting the additional two days in the hopes of attempting to narrow the issues presently put forth in Defendant's motion.

						Respectfully submitted,
						REGAN ZAMBRI & LONG, PLLC


				By:	__/s/ Paul Cornoni__
						Patrick M. Regan			#336107
						pregan@reganfirm.com
						Paul Cornoni				#489398
						pcornoni@reganfirm.com
						1919 M Street, NW, Suite 350
						Washington, DC 20036
						PH: (202) 463-3030
						Fax: (202)463-0667
						*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Consent Motion for Extension of Time To Oppose Defendant's Motion For Summary Judgment, Memorandum of Points and Authorities in Support thereof and proposed Order was electronically filed and mailed this 3rd day of December, 2007 with notice to the following:

> Carl Schifferle, Esquire
> Kersyln Featherston, Esquire
> Assistant Attorney General
> 441 Fourth Street, NW, 6th Floor South
> Washington, DC  20001
> PH:     (202) 724-6624
> FAX:   (202) 724-3635
> *Counsel for Defendants*

　　　　　　　　　　　　　　　　　　　　　___/s/_____**Paul Cornoni**___
　　　　　　　　　　　　　　　　　　　　　Paul Cornoni

**UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA**

**Civil Division**

| | |
|---|---|
| **MONIQUE DINGLE** | : |
| **Plaintiff,** | : |
| v. | : |
| **DISTRICT OF COLUMBIA, et al.** | : |
| **Defendants.** | : |
| _____ | **Civil Action Nos. 06-00331** |
| | **06-00950** |
| **MONIQUE DINGLE** | : (RCL) |
| **Plaintiff,** | : |
| v. | : |
| **MAURICE SCOTT, et al.** | : |
| **Defendants.** | : |

**ORDER**

Upon consideration of Plaintiff's Consent Motion for Extension of Time in which to submit her Opposition to Defendant's Motion for Summary Judgment, and the consent of defense counsel, it is this _____ day of _____, 2007;

ORDERED that Plaintiff's Motion be, and the same hereby is GRANTED; and Plaintiff shall file her Opposition to Defendant's Motion for Summary Judgment on or before December 5, 2007.

SO ORDERED.

_____
Judge Royce C. Lamberth

6

Copies to:

Patrick M. Regan, Esquire
Paul Cornoni, Esquire
Regan Zambri & Long
1919 M Street, N.W., Suite 350
Washington, D.C.  20036

Carl Schifferle, Esquire
Kersyln Featherston, Esquire
Assistant Attorney General
441 Fourth Street, NW, 6th Floor South
Washington, DC  20001
P<small>H</small>:(202) 724-6624
F<small>AX</small>: (202) 724-3635
*Counsel for Defendants*