# Exhibit A

Case 1:06-cv-00950-RCL    Document 40-2    Filed 12/05/2007    Page 2 of 15
MONIQUE DINGLE
Dingle v. Scott, et al                                                                6/4/2007

1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - X

MONIQUE DINGLE,                   :

          Plaintiff,       :

  vs.                             : Civil Action No:

DISTRICT OF COLUMBIA, et al.,     : 06-331(RCL)

         Defendants.       :

- - - - - - - - - - - - - - - - - X

MONIQUE DINGLE,                   :

         Plaintiff,       :

  vs.                             : Civil Action No:

MAURICE SCOTT, et al.,            : 06-950(RCL)

         Defendants.       :

- - - - - - - - - - - - - - - - - X

Washington, D.C.

Monday, June 4, 2007

Deposition of: MONIQUE DINGLE, a witness herein,

called for examination by counsel for Defendants

in the above-entitled matter, pursuant to notice,

taken at the offices of Regan, Zambri & Long, 1919

Page 34

1    A.   -- and I dealt with a lot of officers
2    there.
3    Q.   DARE camp?
4    A.   Yes.
5    Q.   What's that?
6    A.   It's called Camp Brown, but it was
7    promoted by the Boys and Girls Club.
8    Q.   Okay.
9    A.   And they had a program during the
10   summer called DARE.
11   Q.   Okay, and do you know what DARE stands
12   for?
13   A.   No, I don't.
14   Q.   And do you know what kind of a program
15   it is? Does it have a particular purpose?
16   A.   No, I'm not sure. My sister was in the
17   camp and I just --
18   Q.   Okay
19   A.   -- I just went to camp with them,
20   so....
21   Q.   And police officers run the camp?
22   A.   Yes. One of the main police officers

Page 35

1    goes to my church.
2    Q.   Okay.
3         And prior to that -- prior to that, do
4    you recall anything longer than five years ago,
5    speaking with police, dealing with police,
6    anything like that?
7         MR. CORNONI:  Same objection.
8         You can answer.
9         THE WITNESS:  Yes, I deal with police
10   in my high school.
11        MR. VRICOS:  Okay
12        THE WITNESS:  Just we talk a lot,
13   friendship.
14        BY MR. VRICOS:
15   Q.   Okay, school resource officers; is that
16   what you're talking about or --
17   A.   Officers that come to our games to like
18   watch over the games.
19   Q.   What kind of games?
20   A.   Basketball games and football games.
21   Q.   Okay. Okay.
22        So, you were at the party and you and

Page 36

1    some friends left. Were there any other people at
2    the time that you left the party leaving?
3    A.   Can you say that again?
4    Q.   Yeah, I'm sorry if I wasn't clear.
5         A little earlier you said that you and,
6    as you called them, the girls who were witnesses
7    left the party at around the same time.
8    A.   Um-hum.
9    Q.   Did you notice if there were any other
10   people leaving the party at that time?
11   A.   No.
12   Q.   Okay, when you came out of the party
13   where did you go?
14   A.   I went -- I walked in front of
15   Precious's car.
16   Q.   Okay, and where was her car?
17   A.   It was parked right on the side of the
18   building.
19   Q.   Okay, and is this a residential area?
20   A.   It's -- you mean by a lot of
21   apartments?
22   Q.   Do people live there or is it primarily

Page 37

1    where businesses are or something like that?
2    A.   Yeah, it's residential.
3    Q.   Were you out -- where were you standing
4    at the time?
5    A.   In front of Precious's car.
6    Q.   About how many people were in that
7    area?
8    A.   It was all the witnesses.
9    Q.   And was there anybody else there?
10   A.   There were people walking around.
11   Q.   People who had been in the party?
12   A.   No, just guys that hang out around
13   there.
14   Q.   I see. Men, primarily?
15   A.   Yes.
16   Q.   Okay, do you know any of these men?
17   A.   Yes, I do, but I don't remember exactly
18   who.
19   Q.   Okay, is -- and you just said you don't
20   remember their names and I understand that.
21   A.   Um-hum.
22   Q.   But do you remember how many of these

**Page 38**

1  other people you knew?
2     A.  I know almost everybody around there.
3     Q.  Okay, so when you were -- when you were
4  -- when you came out of the party and you were
5  standing by Ms. Godbee's car and you were with
6  your friends and there were some other people
7  around, about how many people were there?
8     A.  There couldn't -- in my eyesight there
9  couldn't have been more than 15 people outside.
10    Q.  About 15 people?
11    A.  Yes.
12    Q.  Okay.
13    A.  This is before the incident happened.
14    Q.  Okay, and after the incident happened
15 there were more people?
16    A.  There were a lot of people outside.
17    Q.  Okay, and so there were 15, and after
18 the incident happened about how many people?
19    A.  I would say around -- I'm not exactly
20 sure, but --
21       MR. CORNONI:  We don't want you to
22 guess, so give us an estimate.

**Page 39**

1        THE WITNESS:  An estimate?
2        MR. CORNONI:  I don't want you to
3  guess, so if you know, great. If you don't --
4        THE WITNESS:  I could say it was more
5  than 30 people. I don't know exactly how much
6  people there were.
7        MR. VRICOS:  Okay.
8        BY MR. VRICOS:
9     Q.  And did these people begin to
10 accumulate during the incident; do you know?
11    A.  Excuse me?
12    Q.  So when you went from 15 people to
13 somewhere around 30 people, did those people get
14 there during the incident with Officer Moore?
15    A.  Yes. People came outside when the
16 incident was going on.
17    Q.  They came out of their homes?
18    A.  Yes.
19    Q.  And you saw them coming out of their
20 homes?
21    A.  No, I didn't see them, but...
22    Q.  Did you hear them saying anything?

**Page 40**

1     A.  No.
2     Q.  You didn't hear anything that anybody
3  was saying?
4     A.  No.
5     Q.  You were focused on what was going on
6  with Officer Moore?
7     A.  Yes.
8     Q.  If I ask you a question like that, I
9  don't want you to just adopt I'm saying, okay? If
10 my question is -- you don't understand it or if
11 it's not clear or if some of the words are right
12 ones and some of the words are wrong ones, just
13 tell me. That's fine, I don't mean to put words
14 in your mouth.
15    A.  Okay.
16    Q.  Okay, so you came out of the house,
17 there were about 15 people around, and then -- and
18 then what happened?
19    A.  Then Officer Moore and his partner went
20 over to the building, tried to get in.
21    Q.  You saw them?
22    A.  I say them.

**Page 41**

1     Q.  Okay.
2     A.  Both of them.
3     Q.  Did you see them arrive?
4     A.  Yes.
5     Q.  So you were standing outside and you
6  saw them pull up in a car?
7     A.  Yes.
8     Q.  What kind of car was that?
9     A.  I don't remember.
10    Q.  Was it a police car or a
11 regular-looking car?
12    A.  I don't remember.
13    Q.  Okay, so you saw them arrive and then
14 tell me what you observed.
15    A.  I watched them go to the back of the
16 building and they couldn't get in. And they tried
17 to get into the front of the building and they
18 couldn't get in.
19    Q.  When you say they were trying to get
20 into the building, why do you -- what did you
21 observe that tells you that they were trying to
22 get in? Were they knocking? Or just tell me what

**Page 42**

1  you saw.
2   A.  They were pulling on the door.
3   Q.  They were pulling on the door on the
4  side of the building?
5   A.  Um-hum, yes.
6   Q.  Did you hear them say anything?
7   A.  No, I didn't.
8   Q.  Were they together the entire time?
9   A.  Yes.
10  Q.  Okay, and then what happened?
11  A.  Then they came over towards us and they
12  stated that there has been a complaint for a noise
13  and that they needed us to get off the block.
14  Q.  Okay, and did people begin to leave?
15  A.  Well, Katrina said yes. And as that
16  was going on I received a phone call and I
17  answered my phone. And I made eye contact with
18  Officer Moore.
19  Q.  When you say you made eye contact with
20  Officer Moore, how close were you?
21  A.  We were like arm's length.
22  Q.  And after he -- after he came and said

**Page 43**

1  you need to get off the block -- first off, where
2  was the other officer at this time?
3   A.  I don't remember.
4   Q.  Okay, how close were you to Officer
5  Moore when he said you need to get off the block?
6   A.  I was arm's lengths.
7   Q.  Arm's length. And then your phone
8  rang?
9   A.  It rang when he was talking.
10  Q.  As he was saying you need to get off
11  the block it rang?
12  A.  It rang.
13  Q.  Okay.
14  A.  And then Katrina said yes, and that's
15  when I answered my phone. So she acknowledged the
16  fact that he was saying it and we were getting
17  ready to move --
18  Q.  Okay.
19  A.  -- I just happened to answer my phone
20  and made eye contact with him. And I guess he
21  thought I was being rude, but he pushed me.
22  Q.  He pushed you. Where did he push you?

**Page 44**

1   A.  On my shoulders.
2   Q.  Okay, did he push you anywhere else? I
3  know that there was contact that came later, but
4  did he push you anywhere else during that time?
5   A.  No.
6   Q.  Okay, both shoulders or one shoulder?
7   A.  Both shoulders.
8   Q.  Now, what happened after that?
9   A.  After that he told me don't fuck with
10 him. He told me "get the fuck off the block."
11 And I told him he didn't have to put his hands on
12 me like that.
13  Q.  Okay.
14  A.  And then he took me by my left arm and
15 raised it behind my back and grabbed me by my neck
16 and slammed me on the car.
17  Q.  Okay.
18  A.  The police car.
19  Q.  Now, how -- did you say anything to him
20 at all during -- before you were put onto the
21 police car?
22  A.  I asked him -- yes, I told him that he

**Page 45**

1  didn't have to put his hands on me.
2   Q.  Okay, and did he -- did -- did you try
3  to get away at all?
4   A.  No.
5   Q.  Did you -- if I say "resist" I'm not
6  using a legal term.
7       Did you try to pull away from him at
8  all?
9   A.  No.
10  Q.  You were cooperative with him?
11  A.  Yes.
12  Q.  Did you say anything about your
13 identification?
14  A.  Yes.
15  Q.  And when did you say that?
16  A.  I said that when he put me on the car.
17 I asked him was he going to ask me how old I was
18 because he said he was taking me to Juvenile.
19  Q.  How many times did you ask him that?
20  A.  A lot of times.
21  Q.  Okay, how many?
22  A.  It was more than ten times.

**Page 46**

1  Q. Okay.
2     Did you notice the way any of the other
3  people were acting during this time period?
4  A. Yes.
5  Q. And how were they acting?
6  A. My sister was crying.
7  Q. And which sister?
8  A. Morgan.
9  Q. Morgan.
10    Were there any other -- did you notice
11 how any other people were behaving at this time?
12 A. I only noticed Morgan and Katrina.
13 Q. And did you notice whether any of the
14 other people were coming close to either of the
15 officers?
16 A. No.
17 Q. Okay, did you notice that other people
18 were coming close to the incident?
19 A. No.
20 Q. Did you notice more people getting
21 there?
22 A. Yes.

**Page 47**

1  Q. Okay, and you saw them -- where did you
2  see them coming from?
3  A. Over from the building.
4  Q. Okay, and they were walking towards
5  where you were?
6  A. This is -- no, this is like during all
7  this time, this is not at this one specific time.
8  Q. Okay.
9  A. Seemed like there was one time when I
10 was in the police car because I wasn't facing
11 behind me.
12 Q. But during the point where the officer
13 is saying -- you say that he cursed at you and he
14 said move off the block --
15 A. Um-hum.
16 Q. -- were people beginning to take notice
17 of what was going on?
18 A. No.
19 Q. You -- did you notice or --
20 A. I didn't. I didn't notice.
21 Q. Okay.
22    Did you, as a result of this, have any

**Page 48**

1  bruises?
2  A. No.
3  Q. Did you have any injuries at all?
4  A. No. I just -- I felt that it in my
5  shoulder later on.
6  Q. So you felt it in your shoulder. You
7  know what, I'm talking about after this whole
8  incident.
9  A. After.
10 Q. Yeah.
11 A. After the incident, yes, but it wasn't
12 like bruising or anything.
13 Q. Okay.
14 A. It was more like pain.
15 Q. I see.
16    Did you ever go see a doctor about
17 that?
18 A. No.
19 Q. Did you tell anybody about that?
20 A. About the pain?
21 Q. Yeah.
22 A. No, it was minor.

**Page 49**

1  Q. Okay, did you -- so you didn't tell
2  anyone about it at all either?
3  A. About the pain?
4  Q. Yeah.
5  A. No.
6  Q. Did you give any kind of -- I know that
7  there was -- there was a complaint made, that you
8  made a complaint with regard to this -- this
9  incident and that you gave a written statement
10 during that.
11    Have you given any other written
12 statements?
13 A. Only the documents that you have.
14 Q. Right. And when I ask you stuff like
15 that I'm not asking for you to tell me anything
16 that you prepared or you said to your attorney,
17 I'm asking about for other people, okay? Just so
18 you understand as a general rule.
19    So just that one statement that was
20 made with regard to the Office of Police
21 Complaints?
22 A. It was two statements. It was one

Page 54

1  Moore --
2     A.  Officer Moore.
3     Q.  -- both times or that one time?
4     A.  Yes.
5     Q.  When you were -- when Officer Moore
6  first approached you were you standing on the
7  sidewalk or in the street area?
8     A.  Sidewalk.
9     Q.  Was anybody standing in the street?
10    A.  Not to my knowledge.
11    Q.  Okay, and this is just a public area?
12    A.  Yes.
13    Q.  Did you -- when Officer Moore told
14 everybody to leave did you notice whether other
15 people were leaving?
16    A.  He approached us, the six of us.
17    Q.  Okay, and did the other five people
18 begin to leave?
19    A.  No.
20    Q.  Okay, you were all together?
21    A.  We were all together and he asked us to
22 leave and Katrina said yes.  But there wasn't

Page 55

1  enough time for us to actually leave before he put
2  his hands on me.
3     Q.  Okay, so nobody else began to leave
4  before he put his hands on you?
5     A.  No.
6     Q.  Okay, so everybody was still standing
7  there.
8     A.  Yes.
9     Q.  It wasn't that the others began to
10 leave and that you kind of hung back a little bit?
11        MR. CORNONI:  Objection.
12        You can answer.
13        THE WITNESS:  No.
14        MR. VRICOS:  Okay.
15        BY MR. VRICOS:
16    Q.  Did you -- when you made eye contact
17 with Officer Moore do you remember what his
18 expression was?
19    A.  No.
20    Q.  Do you remember any -- do you have any
21 impression about why eye contact was made?
22    A.  No, I don't.  I just -- I looked down

Page 56

1  and I looked back up when I answered my phone and
2  I made eye contact with him.
3     Q.  After he put his hands on you and took
4  you back to the police car did a crowd begin to
5  form?
6     A.  There were some people outside.
7     Q.  Okay, okay, so Officer Moore put his
8  hands on your shoulders and took you back to the
9  car.  What happened next?
10    A.  Excuse me?
11    Q.  After Officer Moore put his hands on
12 your shoulders tell me what happened.
13        MR. CORNONI:  I think she said pushed
14 her shoulders.
15        THE WITNESS:  Yeah.
16        MR. CORNONI:  But you can answer.
17        THE WITNESS:  After he pushed me he
18 grabbed me by my left arm, put it behind my back
19 and grabbed me by my neck and threw me onto the
20 car.
21    Q.  When you say threw you onto the car --
22    A.  More like a push, but it was -- it was

Page 57

1  forced.
2     Q.  Was it the front of -- was it the
3  police car?
4     A.  Yes.  It was the front.
5     Q.  Okay, and what happened then?
6     A.  Then that's when I was asking him could
7  he look at my ID.  And I finally told him that I
8  was 18 and could he check it and he said okay.
9         But I still had my phone in the right
10 hand, so I asked him to loosen up on my arm and he
11 didn't do anything.  So asked him could he let
12 go of my arm so I could get my ID.
13        So he let me get my ID.  I showed him
14 and I told him that I was 18 and could he let me
15 go.
16    Q.  Okay, and why did you ask him that?
17 What does that have to do with you being 18?
18    A.  Because he said -- there's a curfew
19 outside for underage.  And his whole thing was --
20 is that I was underage; he thought I was underage.
21    Q.  And --
22    A.  And he was going to take me to

Page 58

1   Juvenile.
2     Q.  And why do you say that he thought you
3   were underage?
4     A.  Because he said he was going to take me
5   to Juvenile.
6     Q.  When did he say that?
7     A.  He said that when he took me to the
8   car. He said I told you to get the `F' off of the
9   block or the fuck off the block.
10    Q.  Okay.
11        All right, so after he loosened up a
12  little bit to let you get your ID out, what
13  happened?
14    A.  He let my arm go.
15    Q.  Okay.
16    A.  I got my ID, I gave it to him and told
17  him that I was 18 so could he let me go.
18    Q.  And then what happened?
19    A.  Then he looked at my ID and he was like
20  -- he was like I'm arresting you for resisting
21  arrest.
22    Q.  Okay, and then what happened?

Page 59

1     A.  Then he put the handcuffs on me --
2     Q.  Okay.
3     A.  -- and put me on the car. And then he
4   took all my belongings out of my pocket, out of my
5   pockets and placed them on the car.
6     Q.  And what was in your pockets?
7     A.  I had a retainer, a dental retainer and
8   I had a Foot Locker card, 12 dollars, a bank card,
9   license and some change and a phone charger.
10    Q.  And all of those things were in your
11  pockets?
12    A.  No, and my jacket and pants pockets.
13    Q.  And you had a purse with you?
14    A.  No.
15    Q.  Did you take off your jacket?
16    A.  No.
17    Q.  He just searched you while you were
18  wearing all that?
19    A.  Yes.
20    Q.  Have you ever been to this area before,
21  the 600 block?
22    A.  Yes.

Page 60

1     Q.  And when had you been there?
2         MR. CORNONI: Just objection to
3   relevancy.
4         But you can answer.
5         THE WITNESS: All the time, mostly
6   after school sometimes.
7         BY MR. VRICOS:
8     Q.  Do you have friends who live there?
9     A.  Yes.
10    Q.  Okay, are you aware of any kind of
11  criminal activity that's ever occurred there?
12        MR. CORNONI: Same objection.
13        You can answer.
14        THE WITNESS: Yes.
15        BY MR. VRICOS:
16    Q.  What kind of activity is that?
17    A.  Drugs.
18    Q.  And how is it that you form that
19  belief?
20    A.  Because there's sometimes drug cars out
21  there, police vans.
22    Q.  Police -- I'm sorry, I didn't hear you.

Page 61

1     A.  You know, the police trucks, the drug
2   trucks?
3     Q.  Um-hum.
4     A.  I see them out there.
5     Q.  And are there people often who are out
6   in the street in that area?
7     A.  Yes.
8     Q.  Okay, and do you know of any drug
9   activity that's ever occurred there?
10    A.  No.
11    Q.  Okay, okay, after you said -- you told
12  him you were 18 and you asked him to let you go,
13  is there anything -- was there any physical
14  contact after that?
15    A.  Yes.
16    Q.  Oh, what was that?
17    A.  He had grabbed me by my hair and he
18  slammed me on the car again.
19    Q.  Okay, and how did he slam you on the
20  car?
21    A.  He grabbed me by my hair and pushed my
22  head down on the car.

**Page 62**

1   Q.  Your head?
2   A.  My hair, yeah.
3   Q.  What part did you -- what part of your
4   body came in contact with the car?
5   A.  My face.
6   Q.  Okay, what kind of hair style did you
7   have at the time?
8   A.  I had twisting.
9   Q.  What is that?
10  A.  Twist two strands -- twists, it's a
11  form of braids.
12  Q.  Okay, on the side of your head, in the
13  back of your head?
14  A.  It was just laid out, like all down
15  like that (indicating).
16  Q.  Did you have a pony tail at the time?
17  A.  No.
18  Q.  Okay, then after he pushed you, you say
19  he pushed your face to the car, what happened
20  after that?
21  A.  That's when he searched me.
22  Q.  Okay, and describe -- describe how he

**Page 63**

1   searched you.  Did he reach into your pockets, did
2   he pat you down, did he use the front of his
3   hands, the back of his hands, tell me how he
4   searched you.
5   A.  He reached in my pockets and he made me
6   spread out a little bit on the car and he searched
7   my pockets.  He put his hands in my front pockets
8   and my back pockets and he put his hands in my
9   jacket.
10  Q.  Okay, in your pants pockets?
11  A.  Yes.
12  Q.  What kind of pants were you wearing?
13  A.  I was wearing boy jeans.
14  Q.  Boy jeans?
15  A.  Um-hum.
16  Q.  Is that a brand name or just some --
17  A.  No, the brand name, I had some Old Navy
18  jeans on.
19  Q.  So they were baggy jeans, is that what
20  you're --
21  A.  They weren't baggy, they were more like
22  -- I can't describe it, I think they were like

**Page 64**

1   full cut.
2   Q.  Okay.
3   A.  Or the type of jeans -- I don't know
4   what you call them, but they are more of like a
5   fit jeans, fit men jeans.
6   Q.  Were they tighter fighting looser or
7   somewhere in between?
8   A.  They were tighter fitting.
9   Q.  Okay, so after -- after he searched you
10  and he put -- you're saying he put all of those
11  items on the hood of the car?
12  A.  Yes.
13  Q.  What happened then?
14  A.  He took me to the police car.
15  Q.  How did he take you to the police car?
16  A.  He was holding my arms.
17  Q.  Okay, did he put you in handcuffs?
18  A.  Yes.
19  Q.  How did he put the handcuffs on?
20  A.  I don't -- I don't remember which hand
21  he put it on first, but --
22  Q.  Were they behind your back?

**Page 65**

1   A.  Yes, behind my back.
2   Q.  And at this time did you struggle with
3   him at all?
4   A.  No.
5   Q.  And how long were you -- where did he
6   put you?
7   A.  He put me in the back seat of his car.
8   Q.  And how long were you there?
9   A.  I don't remember how long.
10  Q.  Was it more than a minute?
11  A.  Yes.
12  Q.  More than five minutes?
13  A.  Yes.
14  Q.  Okay, immediately after he put you into
15  the -- did he tell you why he was putting you in
16  there?
17  A.  Well, he told me when he put the
18  handcuffs on me that he was arresting me for
19  resisting arrest.
20  Q.  After he put you in the -- in the
21  police car, is that the only time he talked to you
22  about why you were being arrested?

**Page 66**

1  A. Yes.
2  Q. What happened after he put you in the
3  police car?
4  A. He went to the front of the car and him
5  and another officer was talking.
6  Q. Okay, were you saying anything, were
7  you talking to anybody during this time?
8  A. No, not yet.
9  Q. Okay, and after he went and began to
10 talk with this other officer, did you hear what
11 they said?
12 A. No.
13 Q. Okay, after you noticed that they were
14 talking, what happened after that?
15 A. One of the other officers came up to
16 me, the Hispanic officer.
17 Q. Okay, what did he look like?
18 A. I just know he was Hispanic. I don't
19 remember him too much. We didn't really talk; we
20 didn't encounter a lot.
21 Q. Was he -- was he Caucasian-looking, was
22 he a black person, did he have light skin?

**Page 67**

1  A. He was Hispanic. He was like
2  light-skinned Hispanic.
3  Q. Okay, and did he say anything to you?
4  A. Yes.
5  Q. What did he say?
6  A. I was -- I tried to explain to him that
7  Officer Moore was wrong for what he did to me.
8  And he said that I have an attitude problem and
9  Officer Moore didn't do anything wrong.
10 Q. Okay, and was -- how long did your
11 conversation with this officer last?
12 A. It was about two minutes, maybe.
13 Q. Did he say -- were more things said
14 than what you just described?
15 A. With me and that officer?
16 Q. Um-hum.
17 A. No. I had said something to him during
18 the incident because one of the times when I was
19 speaking to Officer Moore he said to me that if I
20 spit on him again then he was going to smack me.
21 Q. Okay.
22 A. And I looked at the Hispanic officer

**Page 68**

1  and I said do you see this, and he looked away.
2  Q. And you never spit on Officer Moore?
3  A. No.
4  Q. Okay, and do you remember saying
5  anything else to that other officer?
6  A. No.
7  Q. Okay, what happened after that?
8  A. After I was in the car?
9  Q. Well, did you speak with anybody else
10 while you were in the car?
11 A. Yes, I spoke with Katrina.
12 Q. Okay, and what did you talk about with
13 her?
14 A. Well, Officer Moore had asked for my --
15 my information.
16 Q. Okay.
17 A. And I told him that everything he
18 needed was on my driver's license. And he said my
19 Social wasn't on there.
20 Q. Okay.
21 A. And I told him that I would like to
22 speak with my mother or an attorney before I give

**Page 69**

1  you that information.
2  Q. Okay.
3  A. So then my sister -- he went back to
4  the front of the car and my sister talked to him.
5  And then she came over to me and she asked me to
6  give him my Social.
7  Q. Did you hear what she said to Officer
8  Moore? Did you hear what either one of them said?
9  A. I didn't hear what she said to him.
10 But she came to me and told me that she overheard
11 him talking about finding weed on me and she
12 wanted me to give him that information, so I did.
13 Q. Okay, what -- and did she say anything
14 else to you or --
15 A. Yeah, she said that she would pay the
16 fine.
17 Q. Okay, and what happened after that?
18 A. After that I gave him my information.
19 A black officer uncuffed me and said to me don't
20 try to do anything stupid.
21 And I told him that I didn't do
22 anything wrong, so I don't have to do anything

Page 70

1  stupid.
2  Q. When you were in the car were you --
3  were you saying anything?
4  A. No.
5  Q. You were sitting quietly?
6  A. Yeah, I was sitting quietly. I was
7  just thinking.
8  Q. And this officer that uncuffed you --
9  A. Yes.
10 Q. -- was he in a uniform?
11 A. Yes.
12 Q. And were those other -- and how many
13 other officers were there total?
14 A. There was only two officers from what I
15 saw. But after the incident there were more
16 officers there.
17 Q. About how many officers?
18 A. I don't know. I just know that there
19 were more officers there.
20      And a black officer came and uncuffed
21 me because, you know, one of my friends called the
22 station.

Page 71

1  Q. Which friend called the station?
2  A. Precious. She wanted to speak with the
3  Chief.
4  Q. How many police cars -- were there
5  regular police cars with lights and sirens and all
6  of that, did they show up?
7  A. There were regular police cars but I
8  don't recall them having any sirens on.
9  Q. Okay.
10      About how many police cars eventually
11 showed up?
12 A. More than two.
13 Q. More than two.
14      After you -- after Officer Moore -- I'm
15 talking now about when your phone rang.
16 A. Um-hum.
17 Q. And you made eye contact with him; is
18 that correct?
19 A. Yes.
20 Q. And you began to have a conversation
21 with your friend; correct?
22 A. On the phone?

Page 72

1  Q. On the phone.
2  A. Yes.
3  Q. He then came to you and said what?
4  A. He pushed me.
5  Q. Okay, did he say anything to you after
6  your phone conversation started?
7  A. Yes.
8  Q. Okay, and what did he say?
9  A. After he pushed me he said "get the
10 fuck off" -- no, I'm sorry, he said "don't fuck
11 with me."
12 Q. Okay.
13 A. "I told you to get the fuck off the
14 block."
15 Q. Did you, at that point, end your
16 conversation?
17 A. Did I end it?
18 Q. Did you get off the phone?
19 A. I put the phone down; I never got off
20 the phone.
21 Q. You never got off the phone.
22 A. No.

Page 73

1  Q. After he said what he said to you, did
2  you -- did you continue to speak with the person
3  or did you just bring the phone down to your side
4  or something?
5  A. I brought the phone down to my side.
6  Q. Now, at the time of that incident when
7  he first came up and you said he pushed you, were
8  there -- who was standing around you? Please name
9  who you can recall of the people standing around
10 you.
11 A. Precious, Shanae, Tori, Morgan and
12 Katrina.
13 Q. And were they all in a position to be
14 able to see what was -- see Officer Moore and you?
15 A. Yes. Yes.
16 Q. Okay, did you -- you were in the police
17 car, and I'm sorry for jumping around a bit, but
18 there's a lot of statements in the case and I want
19 to hit a couple of points.
20      After you were in the police car and
21 after your sister Katrina came up and talked to
22 you, what happened after that?

**Page 74**

1   A. I went to the front of the car.
2   Q. Okay.
3   A. Well, that was after I got
4   unhandcuffed.
5   Q. And right, that officer, the uniformed
6   officer took the handcuffs off you?
7   A. Yes.
8   Q. And he said don't do anything stupid?
9   A. Yes.
10  Q. Did he say anything else to you?
11  A. No.
12  Q. Okay, and what happened after that?
13  A. I went to the front of the car and
14  Officer Moore completed a citation?
15  Q. Okay, and did Officer Moore tell you
16  anything?
17  A. He said that I can go downtown and go
18  to the District and pay the fine.
19  Q. Okay, did he tell you anything else?
20  A. Yes. He told me -- he showed me where
21  his badge was and his name, what his name was.
22  Q. On the citation itself?

**Page 75**

1   A. On the citation.
2   Q. Did you ever keep a copy of that
3   citation?
4   A. No.
5   Q. What did you do with it?
6   A. I went down and tried to request for a
7   trial.
8   Q. I'll ask about that in just a second,
9   but what I'm asking is about the --
10      MR. CORNONI: She's trying to tell you
11  when she went there they took it.
12      MR. VRICOS: I see.
13      BY MR. VRICOS:
14  Q. Okay, just tell me what happened to it.
15  A. Well, they took it from me when I went
16  down to the District.
17  Q. Okay. Okay.
18      After Officer Moore issued the
19  citation, what happened after that?
20  A. I grabbed my stuff off the car.
21  Q. Okay, and was everything there?
22  A. No.

**Page 76**

1   Q. Okay, and what was missing?
2   A. My retainer.
3   Q. And where had you been keeping the
4   retainer up to that point?
5   A. In my pocket.
6   Q. Which pocket?
7   A. I don't know which pocket; it was in my
8   pants pocket.
9   Q. And do you normally wear the retainer
10  -- like, I had braces and I only used to wear them
11  when I was sleeping.
12      When would you used to wear your
13  retainer?
14  A. I just wore it whenever I felt like
15  wearing it.
16  Q. Had you been wearing it that day?
17  A. Yes. I have to wear it a certain
18  amounts of hours during the day, so I just keep it
19  with me.
20  Q. Okay, and did you ever recover that
21  retainer?
22  A. No.

**Page 77**

1   Q. Did you ask Officer Moore about it?
2   A. No, I didn't notice until I left.
3   Q. When did you notice it missing?
4   A. When I went I got down the street to
5   the main street, to Georgia Avenue.
6   Q. Okay, and you put all the other items
7   back in the pockets where you had them previously?
8   A. Yes. I went back to look for it.
9   Q. You went -- and where did you look?
10  A. On the ground.
11  Q. Okay, when did you go back, that same
12  night?
13  A. Yes.
14  Q. Did you go back the next day or --
15  A. No.
16  Q. Was it -- what was the lighting like
17  where you were looking?
18  A. It was dark.
19  Q. It was dark. There were no street
20  lights?
21  A. I'm not sure. I don't remember if
22  there were street lights right there.

**82**

1  happened.
2  A.  Well, I spoke with Officer Scott.
3  Q.  Okay, and where was Officer Scott when
4  you walked in?
5  A.  I think he was at the front desk; I'm
6  not sure.
7  Q.  Okay, and was he polite?
8  A.  Yes.
9  Q.  And -- one second.
10     Okay, and after -- what did Officer
11 Scott say to you?
12 A.  I asked him could I request a trial.
13 Q.  Okay.
14 A.  And he took my citation and my ID and
15 he went to the back to talk with another officer.
16 Q.  Okay, and did you see the other officer
17 he was talking to?
18 A.  It was a female.
19 Q.  Okay, and what happened after that?
20 A.  He came back out and told me that I had
21 to pay the fine.
22 Q.  Okay, is that all he said to you?

**83**

1  A.  Yeah, or be arrested.
2  Q.  Okay, and was your mom there?
3  A.  Yes.
4  Q.  Was she talking to anybody?
5  A.  Yes.
6  Q.  Who was she talking to?
7  A.  She was talking to Officer Scott.
8  Q.  Was she doing -- was she sort of doing
9  the talking for both of you?
10 A.  Yes.
11 Q.  Okay, and what -- describe their
12 conversation.
13 A.  She wanted to know -- well, we were
14 trying to figure out why does it say that in order
15 to request a trial you don't have to pay the fine
16 and why he was saying that we had to pay the fine
17 in order to request a trial.
18 Q.  So that's what he was saying to you?
19 A.  Yes.
20 Q.  Okay, and then what happened?
21 A.  My mom called an attorney.
22 Q.  And do you know the name of the

**84**

1  attorney?
2  A.  No, I don't remember.
3  Q.  Did you ever see this attorney before?
4  A.  Yes, I have.
5  Q.  And when have you seen him?
6  A.  He ended up coming down to the station.
7  Q.  This attorney that came down to the
8  station, had you ever seen him before?
9  A.  No.
10 Q.  Okay, and do you know -- you don't know
11 his name?
12 A.  No.
13 Q.  Okay, so what happened -- what happened
14 after officer -- Officer Scott told you that you
15 had to either pay the fine -- you had to pay the
16 fine in order to have a trial?
17 A.  Well, my mom called the attorney and
18 tried to get him to speak with the attorney.
19 Q.  Okay.
20 A.  And he said that he wasn't going to
21 talk to him.
22 Q.  Okay.

**85**

1  A.  So then the attorney said that he was
2  going to come down to the station --
3  Q.  Okay.
4  A.  -- and talk to him.
5  Q.  Okay, and then what happened?
6  A.  And then me and my mom went and sat
7  down.
8  Q.  And how long did you sit down for?
9  A.  It wasn't long.  It was -- I'm not sure
10 how long, but it wasn't long.  It was maybe a few
11 minutes.
12 Q.  Okay.
13 A.  And a couple of officers came around
14 and huddled around me.  They were getting ready to
15 arrest me.
16 Q.  They were getting ready to arrest you?
17 A.  Yes.
18 Q.  While you were just sitting there?
19 A.  Yes.
20 Q.  And what officers were -- why do you
21 say they were getting ready to arrest you?
22 A.  Because they had the handcuffs and one

Page 86

1  of the -- one of the ladies said that I was
2  resisting arrest.
3     Q.  Do you remember which lady said that?
4     A.  No, I didn't know her name.
5     Q.  What did she look like?
6     A.  She was black.
7     Q.  And how old did she look?
8     A.  I'm not sure.
9     Q.  Was she --
10    A.  Older -- older than 25.
11    Q.  About how tall was she?
12    A.  Maybe over five two.
13    Q.  And was she slim, was she heavy,
14 somewhere in between?
15    A.  I think she was pregnant.
16    Q.  During this time when you and your mom
17 were sitting there, was your mom talking to
18 anybody?
19    A.  Yes.
20    Q.  Who was she talking to?
21    A.  She was talking to the officers that
22 were around us; I don't know specifically which

Page 87

1  ones. But she was asking them why are they
2  arresting me.
3     Q.  Okay, and what did they -- did any of
4  the officers respond to you?
5     A.  No.
6     Q.  To her?
7     A.  (Shaking head back and forth, no
8  audible response.)
9     Q.  Were you arrested?
10       MR. CORNONI: Objection.
11       But you can answer.
12       THE WITNESS: Not physically. They
13 didn't put the handcuffs on me.
14       BY MR. VRICOS:
15    Q.  Never put the handcuffs on you?
16    A.  No.
17    Q.  During the entire time there did you
18 ever have handcuffs put on you?
19    A.  No. I put my arms out, I stood up to
20 put my arms out so I can be arrested
21 (demonstrating). And my mom wouldn't let them
22 arrest me.

Page 88

1     Q.  And why would you put your arms out
2  like that?
3     A.  Because they said that my mom needed to
4  hold my jewelry so they could arrest me. So I
5  stood up to be arrested.
6     Q.  Did they use the word "arrest"?
7     A.  Yes.
8     Q.  And how many officers were around when
9  this happened?
10    A.  It was -- I know it was more than four.
11 I don't know how many, but it was a lot.
12    Q.  Okay, I want you to take a second and
13 think about it. And I know this was a while ago,
14 but I want you to try to describe to me what these
15 officers looked like.
16       You said there were about four?
17    A.  There were more than four. I don't --
18 I just remember the main ones.
19    Q.  Okay, tell me about them.
20    A.  Well, it was Officer Scott.
21    Q.  And did Officer Scott ever put
22 handcuffs on you?

Page 89

1     A.  He was the one that was going to put
2  handcuffs on me.
3     Q.  Okay, okay, and describe Officer Scott
4  for me.
5     A.  He was slim, a little bit slim, like --
6  more like athletic and brown skin.
7     Q.  African American?
8     A.  Yes.
9     Q.  And so Officer Scott and who else? You
10 said -- who were the other main ones?
11    A.  That came around me, that was the only
12 main one that was right there.
13    Q.  Okay.
14    A.  And then Officer Anderson came over.
15    Q.  Officer Anderson came over to you.
16    A.  Yeah.
17    Q.  And describe him, please.
18    A.  He was kind of old.
19    Q.  Okay, and what did he look like?
20    A.  He was African American.
21    Q.  Was he wearing a uniform?
22    A.  Yes.

23 (Pages 86 to 89)

Page 94

1   Q.  Why --
2   A.  Not in the beginning.
3   Q.  I see.
4       Tell me how you think he was
5   disrespectful.
6   A.  Well, he wasn't listening to anything
7   that my mother was saying.
8   Q.  He was just not responding to you?
9   A.  He was just not responding.
10  Q.  Okay, and what were you saying?
11  A.  We were -- when we were asking him why,
12  why am I being arrested, or when we were asking
13  him about the ticket. Like, why does it say that
14  we can request a trial without paying and you
15  telling us something different.
16  Q.  Okay.
17  A.  And he wouldn't explain.
18  Q.  Okay.
19      Now, you said that there were some main
20  officers. You've talked about Officer Anderson
21  and Officer Scott and one female officer.
22  A.  Um-hum.

Page 95

1   Q.  Were there any other officers that you
2   recall?
3   A.  Yes.
4   Q.  And describe those officers for me,
5   please.
6   A.  There was another white male.
7   Q.  Okay, what did he look like?
8   A.  He was older. I don't -- I don't
9   really know him that much. He was talking to my
10  mom and to the lawyers. I didn't talk to him.
11  Q.  Okay, and was this early after you got
12  there or later?
13  A.  This is later, after.
14  Q.  Okay.
15  A.  They were talking to him trying to get
16  him to explain why -- why have I have been
17  arrested.
18  Q.  Okay, and were you arrested?
19      MR. CORNONI: Objection.
20      But you can answer.
21      THE WITNESS: Papers, yes.
22      MR. VRICOS: Papers.

Page 96

1       BY MR. VRICOS:
2   Q.  What do you mean "papers"?
3   A.  I had to do papers but not physically
4   -- not handcuffed.
5   Q.  Okay, and when you say "papers," please
6   describe to me what your understanding of this is.
7   A.  Well, my understanding is, is that I
8   have a police record.
9   Q.  Okay, and that arises out of --
10  A.  That day, the live scan.
11  Q.  The live scan.
12      During the time that you were there on
13  the 23rd, did any officers touch you?
14  A.  I don't remember.
15  Q.  Okay.
16      And there was -- you just described a
17  white officer --
18  A.  Yes.
19  Q.  -- that was a little older that was
20  talking to your mother and this attorney at some
21  point --
22  A.  Yes.

Page 97

1   Q.  -- later.
2       Were there any other officers there?
3   A.  Yes, there was other officers there,
4   but I didn't pay them any attention.
5   Q.  Okay, earlier you said that there were
6   some main officers. Have you told me about all of
7   those or were there any remaining ones?
8   A.  Those are the main officers. But there
9   were officers that came and crowded me when I told
10  you that they were going to arrest me.
11  Q.  Okay.
12  A.  But I don't know those officers and
13  details, but I know that it was more males than
14  females.
15  Q.  Do you remember any -- other than
16  Officer Scott and Officer Anderson, do you
17  remember the names of any of the officers?
18  A.  There was an officer named Oliver.
19  Q.  Oliver. And male, female?
20  A.  That was a female.
21  Q.  Okay, and did you interact with her at
22  all?