# Exhibit B

| OFFICE OF POLICE COMPLAINTS<br>Washington, D.C.<br>Officer/Complainant/Witness Statement | OPC Complaint No.<br><br>05-0290 | |
|---|---|---|
| 1. Statement of: (Last, first, MI)<br>Dingle, Morgan | 2. DOB: | 3. Badge No. |
| 4. Home Address: (Organizational element for Officers)<br>■■■■■■■■■■■■■■■■■■■■■■■ | 5. Home Phone:<br>■■■■■■■ | 6. Work Phone: |
| 7. Name of Investigator Taking Statement:<br>Alpha Griffin | 8. Date/Time Interview Started:<br>July 25, 2005 @ 2:44 p.m. | |

Statement:
This statement was prepared following an interview conducted by OPC Investigator A. Griffin. The narrative is not, nor is it intended to be, a complete, verbatim record of the questions asked and the answers provided during the interview.

I do not recall the exact date of the incident. I only remember that it happened sometime in the early morning hours while it was still dark outside. I know that it occurred during the weekend. I think that the incident occurred in the month of May. I was in an apartment, located on Morton St. NW, with my sister and friends. The apartment was owned by a girl named "Ursula" and we were there for a party. There were about 12-15 people at the party. The music was on, but it was not loud. No one was drinking at the party and I did not drink. No one was doing drugs at the party and I did not do drugs. Everyone decided to leave the party. I don't recall the time the party ended. The music was off at this time. I left the party with my sister, Monique Dingle, and my friends, Shaina Carter, Katrina Wheeler, Shameka Bethea, and Precious Godbee. When I got outside I saw two police officers stop in a police car. The officers got out of their vehicle and approached us. One officer was wearing the typical police uniform – it was navy blue. The other officer had on a grey fleece and jeans; his badge was hanging around his neck. The officer in the grey fleece, later identified by OPC as Officer Sean Moore, told us, "Leave the area." He said this to us twice. He also told us that we needed to leave because it was after curfew. We started to walk away in the direction of Precious's parked car when Monique's cell phone started to ring. She stopped behind us and started talking on her phone. MAD

I HAVE READ THIS STATEMENT OR HAD IT READ TO ME. I FULLY UNDERSTAND IT AND CERTIFY THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION. I UNDERSTAND THAT MAKING OF A FALSE STATEMENT IS PUNISHABLE BY CRIMINAL PENALTIES (D.C. CODE SECTION 22-2504).

Investigator A. Griffin assisted me with the preparation and typing of this statement.

*Morgan Dingle*
Signature of Person Giving Statement

| Date/Time Interview Ended:<br>July 25, 2005 @ 2:59 pm | Investigator Signature:<br>*Alpha Griffin* |
|---|---|
| Witness Printed Name:<br>SHERRY Meshoshe | Witness Signature:<br>*Sherry Meshoshe* |
| Supervisor Initials: 7/25/05 | Page 1 of 2 Pages |

OPC Statement Form, January 2005

OPC Statement Form Continuation

| Name of Person Providing Statement: Morgan Dingle | OPC Complaint No: 05-0290 |

(Statement - Continued):

MAD Officer Moore walked up to Monique and either pushed or grabbed her shoulder or arm. I heard him tell Monique to, "Get the fuck out of here." Monique said, "I'm leaving. I'm leaving. You didn't have to grab me." Officer Moore then said, "Are you getting smart with me. I'm taking you to juvenile." Monique told the officer that he couldn't take her to juvenile. Officer Moore said, "Yes, I can." Monique said, "No you can't. You didn't even ask me how old I was." Officer Moore replied, "I don't care how old you are." MAD

MAD Officer Moore then grabbed Monique's arm, and she was still holding the cell phone in her other hand. When Officer Moore grabbed Monique, I was standing approximately three feet away from them. Officer Moore pushed Monique against the parked police car; her stomach was leaning against the hood. Monique and Officer Moore argued about taking Monique to Juvenile. Officer Moore then grabbed her hair, which were in twists, and slammed her face against the hood of the car. I was standing across the street with Shaina, Shameka, Katrina, Precious and about four other females when the officer pushed Monique's face against the car. When I saw the officer do this to Monique I started crying and yelling. I started to walk toward the officer and Monique. I screamed, "You can't do that to her." The other officer then asked me, "Do you want to go too?" My friend Shameka pulled me back toward the sidewalk. MAD

MAD After I walked back to the sidewalk, I heard Monique ask Officer Moore if he wanted to see her I.D. She told him to let her arm go, and he did. She went into her pocket and then showed him her I.D. Officer Moore examined the I.D. and told her that he was going to put her under arrest for resisting arrest. He then handcuffed Monique. Monique put her cell phone on the car and Officer Moore r moved her legs apart and began to search through her pockets. He put everything that he pulled out of her pocket onto the hood of the car. Officer Moore handcuffed Monique. He put her in the back seat on the passengers side. At this point, Katrina walked over to the officers. She talked to Officer Moore. I could not hear everything that they said, but I did hear something about resisting arrest. I saw Officer Moore walk over to Monique and talk to her. I could not hear what they were saying. Officer Moore then walked back to Katrina and talked to her. I could not hear what they were saying. Katrina then walked over to Monique and talked to her again. I could not hear what they were saying. Officer Moore walked back over to Monique and Katrina, who was still standing with Monique. After Officer Moore talked to both Katrina and Monique, Katrina walked over to where we were all standing. She told us that Officer Moore wanted some information from Monique. Monique did not want to give the officer her information, but Katrina said that she convinced Monique to give the officer what he wanted. After talking with us, Katrina walked back over to Officer Moore. I could hear Officer Moore tell Katrina that Monique would receive a $25 citation. Officer Moore wrote up the ticket. He then let Monique out of the car and he gave her the ticket. MAD

MAD I left the area with my sister Monique, Shaina, Katrina, Shameka, and Precious. I caught the 62 bus home with Monique and Katrina. Everyone else went home on another bus. MAD

MAD I did not hear the officers say anything about planting weed on Monique. Katrina told us that she heard the officers talk about planting weed. Katrina told me this before she walked over to talk to Officer Moore. MAD

Page 2 of 2 Pages MAD

OPC statement Form Continuation Page, January 2005