# Exhibit D

| OFFICE OF POLICE COMPLAINTS<br>Washington, D.C.<br>Officer/Complainant/Witness Statement | OPC Complaint No.<br>05-0290 |
|---|---|

| 1. Statement of: (Last, first, MI)<br>Godbee, Precious | 2. DOB:<br>[redacted] | 3. Badge No. |
|---|---|---|

| 4. Home Address: (Organizational element for Officers)<br>[redacted] | 5. Home Phone:<br>[redacted] | 6. Work Phone: |
|---|---|---|

| 7. Name of Investigator Taking Statement:<br>Alpha Griffin | 8. Date/Time Interview Started:<br>July 13, 2005/ 3:40 p.m. |
|---|---|

Statement:
This statement was prepared following an interview conducted by OPC Investigator Griffin. The narrative is not, nor is it intended to be, a complete, verbatim record of the questions asked and the answers provided during the interview.

PH) On May 8, 2005, between 1:00 a.m. and 3:00 a.m., I was leaving my friend Ursula's apartment. I was at her house celebrating. I cannot remember what we were celebrating. I do not recall seeing anyone drinking at the party and I did not drink. I left the party with my friends, Katrina Wheeler, Monique Dingle, and Morgan Dingle. When I left, the music was off and everyone at the party had already left. The apartment was quiet. As we were leaving the apartment building, which is located on the 600 block of Morton St. NW, I saw about twenty people standing outside. They were just sitting around talking. They were not drinking. There was also approximately three police cars that were parked on the street and two officers approached us. We were walking away from the area, when they approached. The officers were telling everyone to clear the area. I think that the officer felt that no one was paying him any attention. He then told everyone that there was a curfew for juveniles and that they could be fined. I, along with my friends, continued to walk away from the apartment building. I was walking Monique and Katrina toward the subway station. While we were walking towards the subway station, Monique was talking on her cell phone. The officer, later identified by OPC as Officer Moore, said something to Monique, but I don't recall what he said to her. Monique responded to him, and told him that she was leaving the area. I believe that the officer said something else to Monique, but I am not certain what he said. Officer Moore grabbed Monique by the back of her jacket, around the collar. Monique tried to reach into her pocket to get her I.D. and she told the officer that she was 18 years old. I don't know if the officer pushed Monique on the car, but I recall that she was laying against the car with her face on hood and her hands spread across the hood. Officer Moore then told Monique to put her hands behind her back. At this time, Monique was still telling the officer that she was 18. Monique also told the officer that she didn't do anything wrong and she asked him what she was being arrested for. PH

I HAVE READ THIS STATEMENT OR HAD IT READ TO ME. I FULLY UNDERSTAND IT AND CERTIFY THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION. I UNDERSTAND THAT MAKING OF A FALSE STATEMENT IS PUNISHABLE BY CRIMINAL PENALTIES (D.C. CODE SECTION 22-2504).

Investigator Griffin assisted me with the preparation and typing of this statement.

*Precious Godbee*
Signature of Person Giving Statement

| Date/Time Interview Ended:<br>July 13, 2005 / 5:00 pm | Investigator Signature:<br>*Alpha Griff* |
|---|---|
| Witness Printed Name:<br>Mona Andrews | Witness Signature: |

7/14/06

1 of 2 pages

136

OPC Statement Form Continuation

| Name of Person Providing Statement: Godbee Precious | OPC Complaint No: |
|---|---|

(Statement - Continued):

PY The officer put a plastic band around her wrists. The officer then put her in the back seat of a police car. Katrina walked over to the officer and he explained that he needed certain information from Monique. Katrina then walked over to Monique and told Monique that all she had to do was give the officer her information and they would let her go. Monique gave Katrina the information and Katrina gave the information to the officer. I heard the officer tell Monique that she was going to get a $25 citation. He did not say what the citation was for.

While Monique had her hands behind her back and was talking to Officer Moore, I called 311. I called 311 because I felt that the officer was harassing us and I believed that he what he was doing to Monique was wrong. I asked the dispatcher what I needed to do to get a Sergeant to come down to Morton St. The dispatcher told me that she would contact the sergeant and have him come out to Morton St. The Sergeant, I can't remember his name, arrived at the scene. The Sergeant, a black male, walked over to another officer and started talking to him. I then walked over to the Sergeant and told him that I was the one that called for him. The Sergeant then asked me what was going on and I explained what had happened to my friend Monique. I asked the Sergeant if the officers had the right to do what they were doing. The Sergeant told me that Monique was acting disorderly and refusing to do what the officer's asked her to do. I told him, "okay" and walked away from him.

The officer let Monique out of the police car and took off the plastic cuffs. He then gave Monique back all of her belongings. I walked to the subway station with Katrina, Monique, and Morgan. They took the bus home and I drove home.

While Monique was being handcuffed, Morgan was crying and talking to someone on the phone. I do not know who she was talking to. I do not recall if Morgan said anything to the police officers. Katrina was standing with Morgan and was quiet. PY



Page 2 of 2 Pages PY

OPC statement Form Continuation Page; January 2005

137