# Exhibit I

DEPOSITION OF SEAN MOORE
CONDUCTED ON TUESDAY, JANUARY 9, 2007
Case 1:06-cv-00950-RCL   Document 40-10   Filed 12/05/2007   Page 2 of 3

1 (Pages 1 to 4)

## Page 1

```
 1      UNITED STATES DISTRICT COURT
 2      FOR THE DISTRICT OF COLUMBIA
 3  - - - - - - - - - - - - - - - x
 4  MONIQUE DINGLE,                :
                                   :
 5      Plaintiff        : CA No. 1:06CV00331
                                   :
 6      V.               : Judge Lamberth
                                   :
 7  DISTRICT OF COLUMBIA, et al., :
                                   :
 8      Defendants       :
                                   :
 9  - - - - - - - - - - - - - - - x
10
11          Deposition of SEAN MOORE
12              Washington, D.C.
13           Tuesday, January 9, 2007
14                 10:36 a.m.
15
16
17
18  Job No.: 1-93460
19  Pages 1 - 48
20  Reported by: Jane L. Vaughan
21
22
```

ORIGINAL

## Page 2

```
 1          Deposition of SEAN MOORE, held at the
 2  law offices of:
 3
 4          Office of the Attorney General
 5          Sixth Floor
 6          441 4th Street, Northwest
 7          Washington, D.C. 20001
 8          202-727-3500
 9
10          Pursuant to notice, before Jane L.
11  Vaughan, Registered Professional Reporter and Notary
12  Public of the District of Columbia.
```

## Page 3

```
           A P P E A R A N C E S

ON BEHALF OF THE PLAINTIFF:
    PAUL CORNONI, ESQUIRE
    Regan, Zambri & Long, PLLC
    Suite 350
    1919 M Street, Northwest
    Washington, D.C. 20036
    202-463-3030

ON BEHALF OF THE DEFENDANTS:
    JAMES VRICOS, ESQUIRE
    Office of the Attorney General
    Government of the District of Columbia
    1 Judiciary Square
    441 4th Street, Northwest
    Suite 1060N.
    Washington, D.C. 20001
    202-727-3400
```

## Page 4

```
              C O N T E N T S
EXAMINATION OF SEAN MOORE              PAGE
    By Mr. Cornoni         5
    By Mr. Vricos         45
    By Mr. Cornoni        46

              E X H I B I T S
              (None.)
```

17

1  Q. Less than that?
2  A. Yes.
3  Q. Okay. And then after some of the persons in
4 the south side sidewalk group I guess we will call
5 them started to leave what happened next?
6  A. There was maybe two to four individuals who
7 still refused to leave.
8  Q. Two to four, I'm sorry, is that what you
9 said?
10  A. Yes.
11  Q. Were those males or females?
12  A. Females.
13  Q. And then what did you do, if anything, at
14 that point?
15  A. I then once again advised them that they
16 needed to leave or they could possibly face being
17 placed under arrest.
18  Q. What happened next?
19  A. One specific individual who I later learned
20 the name of Monique Dingle received a phone call on
21 her phone. She then answered it. I then directed --
22 I looked at her and advised her that she needed to

18

1 disperse the area.
2  Q. Okay. And then what happened?
3  A. At that point she then started going off on
4 me, swearing, yelling, saying fuck this, we don't need
5 to go anywhere. She was very loud, many obscenities.
6  Q. At this point was your partner standing
7 close to the situation as well?
8  A. Yes, he was.
9  Q. Okay. And then what happened next?
10  A. I then advised Ms. Dingle that if she did
11 not cease being loud and boisterous that she could be
12 possibly placed under arrest for being -- for
13 disorderly conduct, loud and boisterous.
14  Q. Okay. And then what happened?
15  A. She continued with the language loud enough
16 for the young juveniles that were in the crowd to hear
17 and also form backup. I then noticed the crowd
18 starting to form back up again.
19  Q. And at that point did you do anything?
20  A. I looked over my shoulder, and as I noticed
21 the crowd forming up I feared for my safety and my
22 partner's safety. I then once again advised Ms.

19

1 Dingle that if she did not quiet down and disperse
2 that she could possibly be placed under arrest.
3  Q. At that point that you feared -- what was
4 the reason for you fearing for your safety and your
5 partner's safety?
6  A. Due to the fact that a large number of
7 people in the crowd, her screaming and yelling and the
8 crowd forming back up again, and the fact that it was
9 just me and my partner the only ones out there.
10  Q. Approximately how many people were in the
11 crowd at that point when it started to reform?
12  A. Less than 30.
13  Q. Less than 30?
14  A. Yes.
15  Q. Okay. More than 20?
16  A. I couldn't give you an exact number.
17  Q. Okay. More than 10?
18  A. Yes.
19  Q. What happened next?
20  A. Ms. Dingle continued with her verbal
21 obscenities. I then advised Ms. Dingle that she was
22 now placed under arrest for loud and boisterous

20

1 disorderly conduct.
2  Q. So you placed her under arrest for what?
3     I'm sorry. I didn't hear you.
4  A. Disorderly conduct, loud and boisterous.
5  Q. When you placed her under arrest what did
6 you do at that point? Did you place her in the
7 vehicle?
8  A. No, I did not.
9  Q. Did you handcuff her?
10  A. Yes, I did.
11  Q. Do you recall what Ms. Dingle looked like?
12  A. I recall she was short, light skinned
13 black.
14  Q. Any other characteristics of her hair or
15 anything?
16  A. I don't recall.
17  Q. Do you know what she was wearing?
18  A. I don't recall.
19  Q. You said she was short.
20     Approximately how tall do you think she was?
21  A. Five six, five five.
22  Q. Approximately how much did she weigh?