UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONIQUE DINGLE,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>DISTRICT OF COLUMBIA,  )<br>*et al.*  )<br>  )<br>  Defendants.  )  | Civil Action No. 06-0331 (RCL) |
| MONIQUE DINGLE,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>MAURICE SCOTT, *et al.*  )<br>  )<br>  Defendants.  )  | Civil Action No. 06-0950 (RCL) |

## ORDER

Upon full consideration of defendants' Motion for Partial Summary Judgment [44], the entire record herein, and the applicable law, it is hereby

ORDERED that defendants' motion is GRANTED in part and DENIED in part. Defendants' motion is GRANTED as to battery claims stemming from the May 23, 2005 incident, constitutional false arrest claims against the District of Columbia, and punitive damages claims against the District of Columbia and Officers Scott and David Anderson and DENIED as to all other claims. It is further hereby

ORDERED that plaintiff's battery claims stemming from the May 23, 2005 incident are dismissed with prejudice. It is further hereby

ORDERED that plaintiff's constitutional false arrest claims against the District of Columbia are dismissed with prejudice. It is further hereby

ORDERED that plaintiff's punitive damages claims against the District of Columbia and Officers Scott and David Anderson are dismissed with prejudice. It is further hereby

ORDERED that all claims against defendants Stuart Emerman, Nancy Oliver, James Anderson, and Brian Anderson are dismissed.

SO ORDERED.

Signed by Chief Judge Royce C. Lamberth, on August 12, 2008.