UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MONIQUE DINGLE,** <br><br> Plaintiff, <br><br> v. <br><br> **DISTRICT OF COLUMBIA,** *et al.* <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. 06-0331 (RCL) |

|  |  |
|---|---|
| **MONIQUE DINGLE,** <br><br> Plaintiff, <br><br> v. <br><br> **MAURICE SCOTT,** *et al.* <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. 06-0950 (RCL) |

## **ORDER**

On August 12, 2008, this Court issued an Order [51] granting in part and denying in part defendants' motion [44] for partial summary judgment in Civil Action No. 06-331. The Court's decision applies equally to defendants' identical motion [36] for partial summary judgment in consolidated Civil Action No. 06-950. Accordingly, it is hereby

ORDERED that defendants' motion [36] is GRANTED in part and DENIED in part. The

Court's Memorandum Opinion [50] and Order [51] in Civil Action 06-331 addresses summary judgment in both consolidated cases.

    SO ORDERED

    Signed by Chief Judge Royce C. Lamberth, on August 19, 2008.